# EXHIBIT   A



## "Citizens United to Protect Our Neighborhoods"

Tremendous Turnout Standing Room Only-Thank You All For Attending cuponnanuet.org

Nanuet has become united in its efforts to ensure that the sale of the Grace Baptist Church is one that makes sense for the town, its residents, and their children's future.

The establishment of the Greater Nanuet CUPON will spearhead any legal action needed to guarantee that goal, and also to respond to any future land-use and/or zoning concerns that may occur within our community.

To be an effective force, the CUPON requires money. A GoFundMe page has been created where any and all donations are welcome.

All money will be used to pay for ongoing legal costs and to offset nominal operating expenses*. No contribution is too large or too small and all donations are welcomed and greatly appreciated.

WHAT IS A CUPON?

CUPON stand for Citizens United to Protect Our Neighborhood.

To learn more about the Nanuet Greater CUPON, please plan on attending the kickoff meeting that will be held in early January 2019. Location, time and details of the kick-off meeting will be announced shortly.

Besides offering a presentation on the purpose and goals of a CUPON organization, the kick-off meeting will serve to build membership, discuss forming a Board of Directors and key committees, and address fundraising needs and means.

\*--website hosting and maintenance costs
--liability insurance
--printing & postage for fliers
--financial & administrative costs
--fundraiser advertising and marketing
--legal consulting fees

 Leave a comment

Share photos with your comment (Public)   Post
https://www.gofundme.com/cupon-of-greater-nanuet

**EXHIBIT 4**

$12,250 of $25,000 goal

Raised by 132 people in 2 months

**Recent Donations**

EM  $50
Erica Mclaughlin
17 hours ago

MS  $100
Mary & John Scott
2 days ago

MF  $100
Maryanne Franzel
17 days ago

  $25
Anonymous
17 days ago

SF  $25
Scott Foran
19 days ago

MG  $50
Michelle Garrido
29 days ago

  $25
Anonymous
29 days ago

1/6

**SL** **Stephanie Lee** (https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=xVomyzrK7E%2Fzyb0emLQZSmqHoxbpRQc6P%2BBAf4FP3TA%3D)
1 month ago

I believe, #NanuetStrong

↱ Share

**CM** **Cal Mendelsohn** (https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=GZkuWpyJ19eg4JSJuJ%2BEBG5EndGE3fbLwjV1VJ4pLAY%3D)
1 month ago

AS a lifelong resident I am concerned with the lack of representation and restraint shown by developers as it relates to Nanuet and its residents

↱ Share

 **Jack Moolick** (https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=s74szim%2Fh3JOXqp6ye3nyvW2O4obAKuVkJ7QzJYnvNY%3D)
1 month ago

Zoning should be respected

↱ Share

 **Peggy** (https://www.gofundme.com/mvc.php?route=person_profile/byPid&p=Y5gg2ngH0bB9EAz%2FtCoenkcHx5wz9tR6fiClYgD36ZA%3D)
1 month ago

I ♥ Nanuet

↱ Share

 **Joseph Chacko** (https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=BDy1HY0xXXfxjdX1U6XAYKRYoMm8CjhFYELqPrpqT9k%3D)
1 month ago

I love Nanuet!

↱ Share

**Joseph** (https://www.gofundme.com/mvc.php?route=person_profile/byPid&p=4PjgR3MOnhG83ePR2TIJbt0GGBEWjrioZQoIGppmtP4%3D)
1 month ago

Let's stand together to preserve the serinity of our town, I'm curious to see the elected officials who are supporting this cause.

↱ Share

**SB** **Susan Boyle** (https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=e361y8Fxixh0zVB77Y6zyUsJbDqRna56qDrocPpsUTs%3D)
1 month ago

I care about my community

↱ Share

**AH** **Aimee Henkel** (https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=4ao7RSGL9uVNzQLWE4nwVDNmmQAk5BJaV1yC5Yn06HY%3D)
1 month ago

---

**Marianne Mansfield** (https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=0Bj7hzPqFvN51vwN7%2FHmbBeavoniwAdaBRCv1JBct0w%3D)
1 month ago

 $200
Anonymous
1 month ago

**GA** $100
**Gianna Apicella** (https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=G8dH6mxQD7Gz%2BDUvK1UWVAKwOJRwLerzxLt5QB2Ov%2Fg%3D)
1 month ago

Viewing 10 of 132 Donations

3/2/2019 I believe there is no room for High End OUTLOCORPORATE Greater Nanuet : "Citizens United to Protect Our Neighborhoods"

Case 7:20-cv-01599-NSR Document 1-1 Filed 02/18/20 Page 4 of 7



**Share**



**Laura Finnegan-Kroenung** (https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=rEF0cFygs%2B7VMJTrp%2BcnGUYGMafKkOvEAYhRKE2Dh5M%3D) (https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=rEF0cFygs%2B7VMJTrp%2BcnGUYGMafKkOvEAYhRKE2Dh5M%3D)

2 months ago

Nanuet United!!!

**Share**



**Lax Time** (https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=uLRYgVeOYn8%2FXNoNAc6Ss%2FjhrJbH3ea9mxg7Jeoemf8%3D) (https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=uLRYgVeOYn8%2FXNoNAc6Ss%2FjhrJbH3ea9mxg7Jeoemf8%3D)

2 months ago

All Lives Matter...Nanuet Lives Matter...Proud to be a Nanuet Resident#8

**Share**



**Rob** (https://www.gofundme.com/mvc.php?route=person_profile/byPid&p=p8lIw1oKlI0v7p7NyidTm0Bf6H7Js7cerYuanKhH7r0%3D) (https://www.gofundme.com/mvc.php?route=person_profile/byPid&p=p8lIw1oKlI0v7p7NyidTm0Bf6H7Js7cerYuanKhH7r0%3D)

2 months ago

Stay strong Nanuet / Clarkstown its up to us residents to protect our community and to keep all our elected officials accountable

**Share**



**Joseph D'Agostino** (https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=C8qwBWJrVQH9CK5hqMmo21CA4mli7iIOmRRekaacO3M%3D) (https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=C8qwBWJrVQH9CK5hqMmo21CA4mli7iIOmRRekaacO3M%3D)

2 months ago

To preserve the character of our community and support the local businesses of Nanuet.

**Share**



**Michael** (https://www.gofundme.com/mvc.php?route=person_profile/byPid&p=XaFaCCXZhxJYP5BJZksMKcMSHA9rjziPLkA%2BMe5NA2Y%3D) (https://www.gofundme.com/mvc.php?route=person_profile/byPid&p=XaFaCCXZhxJYP5BJZksMKcMSHA9rjziPLkA%2BMe5NA2Y%3D)

2 months ago

Not going to be a simple this is not Ramapo

**Share**



**Ellen Paik** (https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=OY%2F0ID%2Fp2oRebLg1Gmo5kXb9aIun0U3UhX3nHJpB49o%3D) (https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=OY%2F0ID%2Fp2oRebLg1Gmo5kXb9aIun0U3UhX3nHJpB49o%3D)

2 months ago

I care about Nanuet and want the best for my kids.

**Share**

**Denise/John Gilroy** (https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=EW3SbVdIfgu%2BqeUI3ILPUFSPMYuR9hR5Qgfja%2FIr7eQ%3D)
DG
(https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=EW3SbVdIfgu%2BqeUI3ILPUFSPMYuR9hR5Qgfja%2FIr7eQ%3D)
2 months ago

I love Nanuet!

↪ Share



**Christine Dempsey** (https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=3HoVbDqOvNtDg05YWpJq9BbiQL5PmfL%2F76zOP4CJGnw%3D)
CD
(https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=3HoVbDqOvNtDg05YWpJq9BbiQL5PmfL%2F76zOP4CJGnw%3D)
2 months ago

I believe in the hardworking, tax paying citizens of my community.

↪ Share



**Sheila** (https://www.gofundme.com/mvc.php?route=person_profile/byPid&p=ypAyFuBPj8BU2qrMA1esMvSXxI8Dt%2BifX8zazu4HWHA%3D)
(https://www.gofundme.com/mvc.php?route=person_profile/byPid&p=ypAyFuBPj8BU2qrMA1esMvSXxI8Dt%2BifX8zazu4HWHA%3D)
2 months ago

Help to defray costs associated with The effort to keep Nanuet green and overdeveloped!

↪ Share



**elio ficarella** (https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=fqFGyZnNpc4SYmATaRfRxkmTHmNQfZN42xizMHbh97s%3D)
EF
(https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=fqFGyZnNpc4SYmATaRfRxkmTHmNQfZN42xizMHbh97s%3D)
2 months ago

An excellent idea and an important piece to resolving this issue in the best interest of the town. Glad to donate!

↪ Share



**Joseph Reicher** (https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=u%2F5yBVY%2FiEaH13cp4rbRSMcsw%2FOI4V1Y3JNyIKIJFQY%3D)
JR
(https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=u%2F5yBVY%2FiEaH13cp4rbRSMcsw%2FOI4V1Y3JNyIKIJFQY%3D)
2 months ago

Thanks for taking the time and energy in leading this.

↪ Share

**Annie** (https://www.gofundme.com/mvc.php?route=person_profile/byPid&p=CLA%2BQDgfY9d1f4P0kRtSY2QisiCYI%2BBDiITIttEdp1s%3D)
(https://www.gofundme.com/mvc.php?route=person_profile/byPid&p=CLA%2BQDgfY9d1f4P0kRtSY2QisiCYI%2BBDiITIttEdp1s%3D)
2 months ago

I care about the future of Nanuet. I've lived here for almost 40 years. Let's improve not destroy our little hamlet.

↪ Share



**Richard Selkow** (https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=wmPG4n70IA0f06B%2B0DF1L5SZjuf84qm4tdb733fIwT4%3D)
(https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=wmPG4n70IA0f06B%2B0DF1L5SZjuf84qm4tdb733fIwT4%3D)
2 months ago

I care about the community I have lived in for over 30 years.

↪ Share



**Erica Mclaughlin** (https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=Ym8CXfyoioCsfpcWo5xvws7pLpQX28ro%2FQUZzKNno80%3D)
EM
(https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=Ym8CXfyoioCsfpcWo5xvws7pLpQX28ro%2FQUZzKNno80%3D)
2 months ago

**MG** **Michael Gillespie**
2 months ago



↗ Share

**CO** **Cathy & Ray O'Sullivan**
2 months ago

I care about the future of Nanuet

↗ Share

 **Carmela Clarke**
2 months ago

#nanuetstrong

↗ Share

**VH** **Victoria Hardwick**
2 months ago

I want to preserve our town and school district.

↗ Share

**LM** **Lynn & Paul Meehan**
2 months ago

Resdents of the Greater Nanuet area need to do everything in our power to maintain the integrity of our towns and communities

↗ Share

**MO** **michelle o'doherty**
2 months ago

i want to help preserve and protect the town we love.

↗ Share



**James Flynn** (https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=MQRMBOVkwC1a%2Bd3qzJ1NDE2jmfaM0UFSupUmoQgRKK4%3D)

(https://www.gofundme.com/mvc.php?route=person_profile/byDid&d=MQRMBOVkwC1a%2Bd3qzJ1NDE2jmfaM0UFSupUmoQgRKK4%3D)

2 months ago

I CARE

↪ Share