# **EXHIBIT B**



### CUPON of Greater Nanuet
2 weeks ago

Dear COGN members,

Thank you! Due in large part to your strong support and commitment, the Town of Clarkstown has finalized the purchase of Grace Baptist Church.

As you all know, CUPON of Greater Nanuet was formed to ensure that our community's values and needs are prioritized, that the safety and welfare of our residents and first responders is guaranteed, and that our local government works effectively to enforce zoning and building codes that affect our residential and commercial areas. Our 900+ members are making this happen!

But our work is not done. It is now time to renew your COGN membership to keep us stronger than ever in our mission to quell irresponsible development and encourage initiatives to keep our neighborhoods great. There is power in numbers, as we've learned firsthand through our Grace Baptist Church experience and by renewing your membership you are helping to use that power for the good of Nanuet and Rockland County.

Please click on the link below to continue on this journey with us.

cuponnanuet.org/register/

Gratefully,

COGN ... See Less