# EXHIBIT E



ATERES BAIS YAAKOV – SCHOOLS IN CLARKSTOWN - KEYS AND LOCATIONS

1 – The Hebrew Academy: PO
 315 N Main St, New City
2 – Benim Scholastic Academy: H4
 114 S Main St, New City
3 –Adolph Schreiber Heb. Acad.: R22 & R40
 360 New Hempstead Rd, NC
4 - Reuben Gittleman Hebrew Day: H2
 29 3rd St, #201, New City
**5* – Rockland Christian School: R15**
 **4 Roosevelt Place, New City**
6 – Albertus Magnus High School: R22
 798 NY 304, Bardonia
**7* – St. Anthony School: R15**
 **34 W Nyack Rd, Nanuet**
**8* – Blue Rock School: R40**
 **110 Demarest Mill Rd, W Nyack**
9 – Rockland Country Day School: R22 & R40
 34 Kings Hwy, Congers
10 – St. Paul's School: R22
 365 Kings Hwy, Valley Cottage
**11* – New Square Girls School: R40**
 **22 Addison Boyce Dr, New City**
**A* – Bardonia Elementary School: R22**
 **31 Bardonia Rd, New City**
**B* – Lakewood Elementary School: R15**
 **77 Lakeland Ave, Congers**
**C* – Laurel Plains Elem. School: R22 & R40**
 **14 Teakwood Ln, New City**
**D* – Link IB World School: R40**
 **51 Red Hill Rd, New City**
**E* – Little Tor Elementary School: R15**
 **56 Gregory St, New City**
**F* – New City Elementary School: R22**
 **60 Crestwood Dr, New City**
G – Strawtown Elementary School: R40
 413 Strawtown Rd, New City
**H* – West Nyack Elementary School: R15**
 **661 W Nyack Rd, W Nyack**
**I* – Woodglen Elementary School: R22**
 **121 Phillips Hill Rd, New City**
J – Birchwood Elementary School: R40
 214 Sickletown Rd, New City

**K* – Felix V. Festa Middle School: R22**
 **30 Parrott Rd, W Nyack**
L – Clarkstown HS North: R22
 151 Congers Rd, New City
**M* – Clarkstown HS South: R40**
 **31 Demarest Mill Rd, W Nyack**
**N* – A. MacArthur Barr Middle School: R15**
 **143 Church St, Nanuet**
**O* – G. W. Miller Elementary School: R15**
 **50 Blauvelt Rd, Nanuet**
**P* – Highview Elementary School: R15**
 **24 Highview Ave, Nanuet**
**Q*– Nanuet High School: R15**
 **103 Church St, Nanuet**
**R* – Liberty Elementary School: R15**
 **142 Lake Rd, Valley Cottage**
**S* – Valley Cottage Elementary School: R15**
 **26 Lake Rd, Valley Cottage**
**T* – Nyack High School: R160**
 **360 Christian Herald Rd, Nyack**
**U* - Rockland BOCES: R22**
 **65 Parrot Rd, W Nyack**


* Schools on Ineligible Roads
(Ineligible Roads are roads other than State or County major or secondary roads in the R-160, R-80, R-40, R-22, R-15, R-10, MF-1, MF-2 or MF-3 Districts, per Zoning Code section 290-20.I.)