# EXHIBIT   L

 Search    How it works ⌄    Start a GoFundMe     gofundme    Sign in    Share    Donate 

# "Citizens United to Protect Our Neighborhoods"



   CUPON of Greater Nanuet is organizing this fundraiser.

Created December 12, 2018   |   🏷 Community & Neighbors

**CUPON of Greater Nanuet** (COGN) is a volunteer, non-profit organization whose intent and purpose is to hold local government accountable for enforcing land use, development, zoning and code regulations in order to ensure the welfare and safety of the Greater Nanuet community.

COGN's focus is protecting environmental resources; making sure local, state and federal laws are upheld; advocating against land use, zoning, and code violations; and educating residents about their rights and the need for them to participate in the safeguarding of the health and safety of all citizens and first responders.

Read more

| Donate | Share |
|---|---|

## Organizer

   CUPON of Greater Nanuet
Organizer
Nanuet, NY                              Contact

## Community Photos (2)





$13,340 raised of $25,000 goal

144 donors    897 shares    145 followers

**Donate now**

Share

Linda Dunbar
$30 · 3 mos

Anonymous
$30 · 4 mos

$30 · 4 mos

Harriette Moran
$25 · 4 mos

Jennifer DalCeredo
$25 · 4 mos

$30 · 4 mos

Harriette Moran
$25 · 4 mos

Jennifer DalCeredo
$25 · 4 mos

$30 · 4 mos

Harriette Moran
$25 · 4 mos

Jennifer DalCeredo
$25 · 4 mos

$30 · 4 mos

Harriette Moran
$25 · 4 mos

Jennifer DalCeredo
$25 · 4 mos

$30 · 4 mos

Harriette Moran
$25 · 4 mos

Jennifer DalCeredo
$25 · 4 mos

$30 · 4 mos

Harriette Moran

## Comments (36)

**Linda Dunbar** donated **$30**

I appreciate the work CUPON of Greater Nanuet is doing (even though I live in New City!). Rockland is special - low density, small town feel but close to NYC. I support keeping Rockland low density, diverse, and friendly.

3 mos

---

**Stanley Weinstein** donated **$30**

I donate because I appreciate the work you are doing and value it.

9 mos

---

**Yaroslav Lupachov** donated **$25**

We care about Nanuet!

9 mos

---

**james flynn** donated **$35**

We need to fight to Preserve Nanuet and Clarkstown

9 mos

---

**Joe Mauceli** donated **$20**

I care about our community.

10 mos

---

**Marianne Reilly** donated **$100**

I support my community

10 mos

---

**Tracie McGuire** donated **$100**

I believe in Nanuet and care about what happens in our town.

10 mos

---

**Stephanie Lee** donated **$100**

I believe, #NanuetStrong

12 mos

---

**Cal Mendelsohn** donated **$30**

AS a lifelong resident I am concerned with the lack of representation and restraint shown by developers as it relates to Nanuet and its residents

12 mos

---

**Jack Moolick** donated **$50**

Zoning should be respected

---

**$25** · 4 mos

**Jennifer DalCeredo**
**$25** · 4 mos

**$30** · 4 mos

**Harriette Moran**
**$25** · 4 mos

**Jennifer DalCeredo**
**$25** · 4 mos

**$30** · 4 mos

**Harriette Moran**
**$25** · 4 mos

**Jennifer DalCeredo**
**$25** · 4 mos

**$30** · 4 mos

**Harriette Moran**
**$25** · 4 mos

**Jennifer DalCeredo**
**$25** · 4 mos

**$30** · 4 mos

**Harriette Moran**
**$25** · 4 mos

**Jennifer DalCeredo**
**$25** · 4 mos

**$30** · 4 mos

**Harriette Moran**
**$25** · 4 mos

**Jennifer DalCeredo**
**$25** · 4 mos

**$30** · 4 mos

**Harriette Moran**
**$25** · 4 mos

**Jennifer DalCeredo**
**$25** · 4 mos

**$30** · 4 mos

**Harriette Moran**
**$25** · 4 mos

12 mos

**Show more**

Jennifer DalCeredo
$25 · 4 mos

Kathleen Maher
$50 · 9 mos

**See all**

🏳 Report fundraiser

**#1 FUNDRAISING PLATFORM**
People have raised more money on GoFundMe than anywhere else. Learn more

**GOFUNDME GUARANTEE**
In the rare case that something isn't right, we will refund your donation. Learn more

**EXPERT ADVICE, 24/7**
Contact us with your questions and we'll answer, day or night.
Learn more



Choose your language

English (US) ⌄

**FUNDRAISE FOR**

Medical

Emergency

Memorial

Education

Charity

Nonprofit organization

**LEARN MORE**

How GoFundMe works

Why GoFundMe

Common questions

Success stories

Supported countries

**RESOURCES**

Help center

Blog

GoFundMe Stories

Press center

Careers

About

© 2010-2020 GoFundMe        Terms        Privacy        Legal

