# EXHIBIT M



**change.org**  Start a petition   My petitions   Browse   Membership              Log in

# Petition against Grace Baptist Church becoming a school.



**4,823 have signed.** Let's get to 5,000!

First name

Last name

Email

New York, 10019
United States

☑ Display my name and comment on this petition

🔒 **Sign this petition**

By signing, you accept Change.org's Terms of Service and Privacy Policy, and agree to receive occasional emails about campaigns on Change.org. You can unsubscribe at any time.

G A started this petition to Legislators of Nanuet and 3 others

The potential sale of the Grace Baptist Church is raising great concern to Nanuet residents. The potential buyer plans on using the facilities to house over 300 students. With this sale brings increasing concerns regarding traffic on roads surrounding Highview Avenue and Church Street.  Adding an additional school will have a negative impact on the town and the Nanuet school district campus.  Leglislator's and town officials should consider rezoning the property to better serve the community.

**Start a petition of your own**
This petition starter stood up and took action. Will you do the same?

**Start a petition**

## Updates

**It's time to let the Attorney General know the facts!**

The Attorney General must approve the sale of the Grace Baptist Church In order for the sale to be final.  It is not too late!  Please send the Attorney General a brief description of your concerns regarding the discrepancy be…

G A
1 year ago

More updates ⌄

## Reasons for signing

 **Lynn Meehan** · 1 year ago

The small hamlet of Nanuet cannot support the traffic of an additional school within 100 yards of an operational elementary school. The congestion on surrounding roads is already in need of remedy. While the GBC is grandfathered in to this zoning , a new property owner should not be grandfathered and the property should revert to residential zoning.

♡ 19   ·   Report

♡ 19   ·   Report