# EXHIBIT O



**Rockland County Republican Party**
@rcgopNY

Home
About
Photos
Events
Videos
Notes
Posts
Community
Info and Ads

EXHIBIT 3

👍 Like   🔊 Follow   ➤ Share   ...

**Rockland County Republican Party**
January 11 at 11:26 AM · 🌐

Last night, over 500 people packed the Nanuet High School Auditorium for the first "Nanuet CUPON" Meeting. CUPON is a non political, non profit, community organization dedicated to preserving and protecting the community from out of control development and the expansion of Ramapo like land use. Nanuet CUPON was formed in response to the recently announced proposed sale of Grace Baptist Church in Nanuet. The buyer of the church has announced that he plans to use the property for a girls yashiva. The overflow crown last night listened to a respectful and professional 2 hour presentation that focused on how the community can protect themselves from a hostile invasion. A number of elected officials were there including George Hoehmann, who also spoke. Missing was Nanuet's County Legislator Aney Paul and Neighboring Legislator Nancy Low Hogan. You would think that Legislator Paul would want to hear what her constituents had to say about a yeshiva, with hundreds of students, in their back yards. One would also think that considering the potential sale of Nyack College, and other open spaces in Orangetown, that Legislator Low Hogan would make an appearance, considering many in the audience were her constituents. Unfortunately, because both Legislators are simply puppets to the Ramapo block, doing whatever Legislator Weider wants them to do, neither was in attendance. Wake up people!!!! These two legislators do not care about your neighborhoods. For the past 8 years they have aided and abetted the destruction of Ramapo and now they want to do the same thing to Clarkstown and Orangetown. They have refused to sell the Sain Building, they have refused to condemn the atrocious educational policies of County Yashiva's, and now they refuse to help their own constituents preserve and protect their communities. THEY NEED TO GO !!!!!



💬 Send Message

**Community**   See All
👍 1,233 people like this
🔊 1,270 people follow this

**About**   See All
✉ Send Message
🌐 www.rcgop.org
📂 Political Party
✏ Suggest Edits

**Related Pages**



Rockland Voice
Media/News Company   👍 Like

Tom DePrisco
Politician   👍 Like

Frank Borelli
Government Official   👍 Like

Pages Liked by This Page

the rabbi the following:
WE DON'T WANT YOU IN OUR TOWN. WE WONT SELL TO YOU PEOPLE. It's on Video."

45w



**Carmel Reilly** It is unfortunate that people feel the need to "LABEL" everyone. I am sure that many negative comments made on this post are because it was posted by the Rockland County Republican Party. It is unfortunate that people do not have these conversations face to face, where so much more could be interpreted by body language. I also feel that people wouldn't make their "judgmental" comments if they were standing right in front of the person they were debating. Having said all that - people need to realize that most constituents of Rockland (and especially those who reside in Ramapo or near the town lines) are frustrated with the non-conforming, non-law abiding, non-tax paying culture. This has nothing to do with religion and everything to do with anti-social behavior and the abuse of everything that's decent in a responsible society. I strongly suggest that we all come together and work together. I truly believe that - Together We Can Make A Difference. I have "preached" that for years and will continue to do so until my dying day. We will get nowhere with in-fighting.

46w                                                                                             3



**Casey Scheulen Harris** Let's all be honest and verbal about the term "hostile invasion." (Which is maybe a bit harsh, but not by alot.) Can we all say this out loud together? The residents of Nanuet and Orangetown do not want to see our towns, ones we pay high taxes to live in for wonderful schools, parks, libraries, etc, ones that we have all paid for homes in one of the costliest places in the nation, over come with Yeshivas, and the private homes that are not taxed because they are all yeshivas, not responsible for taxes, but we pay for their bussing and more, for Hasidics to infiltrate our local governments at the town, county levels, as well as becoming involved with our local public school districts, and seeing what we have all worked so hard for, continue to do so, go down the drain to the tune of the raping of our school budgets and the large decrease in property values, as we have all seen happen in Ramapo. The people that suffer when the hasidics come into our community are students and all of their extra curricular programs, not to mention the fact that the teachers salaries go down considerably, so we wont get the best anymore, but also the folks that look forward to retiring here with equity in their homes, as opposed to owing money at retirement time due to a drastic decrease in property values. So there you go. And to anyone that would like to argue my point, I would like for you to tell me that you would purchase and live in a home in New Square or Kiryas Joel. I was a real estate appraiser for 8 years. Occasionally sent into both of those areas. Aesthetically disgusting. Also, try and get the records of sale histories for any properties there. Here in Orangetown you can walk into the town hall and request that info as a taxpayer. In New Square? Kiryas Joel? Apparently no such records ever exist. Do you think I'm wrong? Give it a shot. Does anyone see maybe something wrong with non compliance of the standards that every other homeowner in the state of New York has to abide by? I have more. And like I said, let's not dance around this issue. Nanuet and Orangetown residents do not want Hasidic communities here. I'm clearly not speaking for all, but I am sure a large majority.

46w                                                                                             6



**Laurie Seward** Casey Scheulen Harris listen loud and clear. I am resident in ramapo area it is terrible i don't own but do rent. The way they are building these developments on small pieces of land meant for single family homes. Is ridiculous they are refusing to rent to others unless they haven't purchased enough property in purposed area then it's largely the latino families that thet rent to being that most are illegal and don't know laws of renting. They do illegal evictions threaten to call immigration all kinds of nonsense. If they don't move. These developments are only being occupied by the their people you ask for rental applications not available for sale only but rent to their own. This legalized segregation needs to stop there are federal and state funds poured into these communities how is it that they are allowed to discriminate against everyone. Nothing is being done. Look into the amount of section8 vouchers and dss assistance recieved but you discriminate against others who recieve it. And refuse to rent. The rent is extremely high. Clarkstown and orangetown suffern airmont nyack all have a reason to stand up against the overwhelming building and

