# EXHIBIT P



# OFFICE OF THE
# BUILDING INSPECTOR

10 MAPLE AVE.
NEW CITY, NY 10956/5099
(845) 639-2100

**ERIK ASHEIM**
**BUILDING INSPECTOR**

**STEPHEN UNGERLEIDER**
**CHIEF FIRE SAFETY INSPECTOR**

---

1/11/2019

ATERES BAIS YAAKOV ACADEMY OF ROCKLAND
20 DEMAREST AVE
NANUET, NY 10954

      ATERES BAIS YAAKOV ACADEMY OF ROCKLAND

**Located at:** 20 DEMAREST AVENUE
      NANUET, NY 10954

BUILDING PERMIT #: **20190043**
TAX MAP #:             64.9-1-47
REMAPPED SBL:     13-E-33

UNDER THE PROVISIONS OF CHAPTER 109-3 OF THE TOWN CODE OF THE TOWN OF CLARKSTOWN, YOUR APPLICATION FOR THE **BUILDING PERMIT IS HEREBY DENIED** FOR THE FOLLOWING REASONS:

1. A variance from the Clarkstown Zoning Board of Appeals would be required for the use of the school of general instruction. Our records show the last required NY State Fire Safety inspection for a school of general instruction on this property was conducted on December 11, 1990 . Clarkstown Town Code section 290-29C (non-conforming use) "Discontinuance of use. If active and continuous operations are not carried on with respect to a nonconforming use during a continuous period of one year, the building or land where such nonconforming use previously existed shall thereafter be occupied and used only for a conforming use."
Clarkstown Town Code section 290-20I(7) additional regulations, All uses other than single family residences shall have minimum frontage of 100 feet and access to either a state or county major or secondary road as classified on the Town Official Map.
2. Provide signed and sealed plans showing classroom modifications , occupancy load, exiting calculations, parking requirements, all fire safety rquirements and demolition plans in accordance with New York State Building and Fire Prevention Code.
3. Submit a Wastewater Questionnaire to the Rockland County Sewer District #1.
4. Amend permit fee to reflect new estimated construction value.

Sincerely,

*Charles Maneri*

**Charles Maneri**
**Building Plans Examiner**

cc:   File

# EXHIBIT 2