# EXHIBIT Q

**Carmel Reilly**
2 hrs

I was waiting for this. What Rockland County needs is an awesome lawyer to argue before the Supreme Court that RLUIPA is unconstitutional.. And we need that lawyer now.

**Kenneth Pezzuti** Will just be a waste of money to prolong the inevitable.

**Carmel Reilly** **Kenneth Pezzuti** - I disagree. I, like you and many, many others, grew up in Rockland and made our own homes here. We did that for many reasons. My parents still live in the house I grew up in and of course, I am in deeply with the Irish Community an...See More

**Kenneth Pezzuti** **Carmel Reilly** valid points but the playing field is not level. Those who have the resources and numbers have the control. Sad but true. Also legally you can't deny people from using an institution for religion that was being previously used for religion by a different religion. That's classic discrimination and grounds for m...See More lawsuits.

**Carmel Reilly** Per the Town of Clarkstown, ABY petitioned to use the building for a school. That is what was denied. The building is not zoned for a school and has not been checked by the local fire department since the early 1990's - hence the building no longer h...See More

**Kenneth Pezzuti** **Carmel Reilly** it's all good. It's an issue that effects us all.

**Audrey Domenick** They are nothing but parasites! They don't want to follow the rules, they are disgusting! Unfortunately what Kenny said was pretty close to what will happen! They will hire lawyers for the cult and tirelessly drag it through the courts until they get the desired results! #moneycowboys#parasites#hopetheyallgetthemeasles!

**Kenneth Pezzuti** **Audrey Domenick** sad but true

**Carmel Reilly** I stand by original statement - "What Rockland County needs is an awesome lawyer to argue before the Supreme Court that RLUIPA is unconstitutional.. And we need that lawyer now."

**Kenneth Pezzuti** **Carmel Reilly** need an awesome young up and coming lawyer looking to make a name rather than a buck.

**Audrey Domenick** **Carmel Reilly** your right but unfortunately it never happens and they win

**Carmel Reilly** **Kenneth Pezzuti** - I believe that they exist. We just need to find them.

**Audrey Domenick** **Carmel Reilly** you better before the infest Pearl River! Good luck! 🖤

**Carmel Reilly** **Audrey Domenick** - I may not have immediate family to leave behind me when I go - but I have a community that I believe in and have worked with. Just take a look at the GAA Clubhouse. That was built with love, sweat and tears of a thousand people. 40...See More

**Audrey Domenick** **Carmel Reilly** I already feel defeated as the state goes downhill with the present leadership(if you can even call it that) unfortunately for me I don't see how NY can turn this mess around! Between Cuomo and the Cult sorry to say the only thing I will miss when I move is the people and the beautiful Hudson Valley!☺

**Kenneth Pezzuti** NY rebounded from the first Cuomo disaster hopefully it can again ?

**Carmel Reilly** Nothing ever happened when hope was abandoned.........but it all comes down to - TOGETHER we can do this.

**Audrey Domenick** Carmel Reilly would love to, but unfortunately it getting to expensive to even live around here! If I stay I would be working just to survive and pay my bills! I want more than that, why the hell does it cost so much to live here? Not getting much for the money, and watching it go to people that don't deserve it really annoys me!

**Kenneth Pezzuti** It's almost incredible the amount of money that can be saved on property tax alone. Relocating to a lesser taxed area.

**Audrey Domenick** Kenneth Pezzuti Property taxes to start, then all the money we waste in NY on bullshit the governor wants!

**Catherine Krtil** John L. Ross

**Joe Krall** This is unbelievable no school

**Laurie Santulli County Legislator** shared a post.
2 hrs ·

Of course they are appealing. Of course they blame the Nanuet community. Of course they hired RLUPA lawyers. Nanuet welcome to the game, you will all be labeled anti-Semitic. You will all be harassed and intimidated on social media, at your work place, and at public forums. Aron Weider will threaten that lawsuits will come. All of this for standing up for your community. All of this for standing up to a man who allowed children to attend a school that used garden hoses to provide water and "borrowed" electricity to provide power to the school. What a great neighbor Rabbi Fink claimed he'll be. This move and who is providing legal counsel pro bono should prove just what a great neighbor he really will be.

Cue the threatening tactics against me and my family in 5....4....3....2.......