# EXHIBIT R

| | |
|---|---|
| **From:** | Ira Emanuel |
| **To:** | Amy Mele; Dahan, Kaela; Buchweitz, Yehudah |
| **Subject:** | Fwd: ZBA application for Ateres Bais Yaakov Academy |
| **Date:** | Tuesday, March 19, 2019 10:22:31 PM |



Ira M. Emanuel, Esq.

---

**From:** Erik Asheim <e.asheim@clarkstown.org>
**Sent:** Tuesday, March 19, 2019 9:05:52 AM
**To:** info@emanuellaw.com; Leslie Kahn; Catherine Cirrone
**Subject:** ZBA application for Ateres Bais Yaakov Academy

Good afternoon Ira,
Please be advised, the Clarkstown Zoning Board of Appeals requires a survey of the property to be submitted as part of the application before it can be processed.
Thank you Erik

~!~