# EXHIBIT S

LAW OFFICE
# Ira M. Emanuel, P.C.

Four Laurel Road, New City, NY 10956
Tel: 845.634.4141  Fax: 845.634.9312
E-mail: Info@EmanuelLaw.com
www.EmanuelLaw.com

Counsel to
Freeman & Loftus, RLLP

Amy Mele, Esq.
*Of counsel*

April 4, 2019

Mr. Erik Asheim
Building Inspector
Town of Clarkstown
10 Maple Avenue
New City, NY 10956

Re: Appeal of Ateres Bais Yaakov Academy of Rockland, March 8, 2019

Dear Mr. Asheim:

I represent the applicant in the above-referenced matter. I note that you sent an e-mail to me on March 19, 2019 (while I was on vacation) stating, "Please be advised, the Clarkstown Zoning Board of Appeals requires a survey of the property to be submitted as part of the application before it can be processed."

In my cover letter with the application, I stated that a survey was not being submitted because

> [t]he relief requested bears no relationship to the location of features or structures within the site; rather, it relates to the location of the site relative to the Official Map of the Town of Clarkstown. Appropriate mapping is included with the Narrative Summary. Further, to the applicant's knowledge, no current survey is available.

In addition, nothing in the Zoning Code (Clarkstown Code Ch. 290, Art. VIII) or in the published rules of the ZBA (Clarkstown Code Ch. A-295) requires the submission of a survey under any circumstances. The submission of a survey is certainly not a condition precedent to the scheduling of a hearing before the Board.

Despite the fact that we do not consider a survey to be required or probative in this matter, my client has commissioned the preparation of one, at great expense. It will be submitted to the Board upon completion.

Your e-mail of March 19, 2019 indicates that the only outstanding item required to process the application is the survey and that no other materials are "required" by the ZBA in order to schedule a hearing. Thus, upon submission of the

survey to the Board we expect that the application will be deemed complete and that this matter will be placed on the next available agenda of the ZBA.

Very truly yours,

Ira M. Emanuel

Cc: Client
Yehuda Buchweitz, Esq.
Kaela Dahan, Esq.
   Weil, Gotshal & Manges, LLP
Leslie Kahn, Esq.