# EXHIBIT T

# Ira Emanuel

| | |
|---|---|
| **From:** | Ira Emanuel |
| **Sent:** | Monday, April 15, 2019 2:25 PM |
| **To:** | Erik Asheim |
| **Cc:** | Ateres Bais Yaakov Attorneys; Aaron Fink (ajfink@optonline.net); Leslie Kahn |
| **Subject:** | RE: Ateres Bais Yaakov - ZBA application - Request for Survey |

Thanks, Eric

Very truly yours,

Ira M. Emanuel, Esq.
4 Laurel Road
New City, NY 10956
845-634-4141
Fax: 845-634-9312
www.emanuellaw.com
Please reply to ira@emanuellaw.com

**From:** Erik Asheim <e.asheim@clarkstown.org>
**Sent:** Monday, April 15, 2019 9:13 AM
**To:** Ira Emanuel <ira@emanuellaw.com>
**Cc:** Ateres Bais Yaakov Attorneys <Ateres.Bais.Yaakov.Attorneys@weil.com>; Aaron Fink (ajfink@optonline.net) <ajfink@optonline.net>; Leslie Kahn <l.kahn@clarkstown.org>
**Subject:** Re: Ateres Bais Yaakov - ZBA application - Request for Survey

Good morning Ira,
Sorry for the delay, I was out of the office a few days last week. We will process the Zoning Board of Appeals application when we receive the survey.
Erik

On Wed, Apr 10, 2019 at 3:08 PM Ira Emanuel <ira@emanuellaw.com> wrote:

> Dear Eric,
>
> I would appreciate a response to the attached, originally sent on April 4. Thanks.
>
> Very truly yours,
>
> Ira M. Emanuel, Esq.
>
> 4 Laurel Road

1

New City, NY 10956

845-634-4141

Fax: 845-634-9312

www.emanuellaw.com

Please reply to ira@emanuellaw.com


~!~