# EXHIBIT U

LAW OFFICE
# Ira M. Emanuel, P.C.

Four Laurel Road, New City, NY 10956
Tel: 845.634.4141  Fax: 845.634.9312
E-mail: Info@EmanuelLaw.com
www.EmanuelLaw.com

Counsel to
Freeman & Loftus, RLLP

Amy Mele, Esq.
*Of counsel*

May 7, 2019

Ms. Catherine Cirrone
Clarkstown Zoning Board of Appeals
10 Maple Avenue
New City, NY 10956

Re: Appeal of Ateres Bais Yaakov Academy of Rockland, March 8, 2019

Dear Ms. Cirrone:

As requested by the Building Inspector, enclosed are twenty-five copies of the survey in the above-referenced matter (four with original surveyor's seals, twenty-one with copies of the seal).

Pursuant to an e-mail from the Building Inspector dated April 15, 2019, the application to the Zoning Board of Appeals is to be processed upon your receipt of these surveys.

Please advise as to the date of the public hearing.

Very truly yours,

Ira M. Emanuel

Encls.
CC via e-mail:
    Erik Asheim, Building Inspector
    Leslie Kahn, Esq.

    Kaela Dahan, Esq.
    Yehuda Buchweitz, Esq.
        Weil, Gotshal & Manges, LLP

