# EXHIBIT W

# FREEMAN & LOFTUS, RLLP
ATTORNEYS

James J. Freeman, Jr.
Patrick J. Loftus*
*Also admitted in New Jersey

4 Laurel Road, New City, New York 10956-0629
845 634-0888   fax 845 634-9312
e-mail: info@flmattys.com

*of Counsel*
Ira M. Emanuel
Albert J. Kaiser
Amy Mele

April 11, 2019

Sent via FedEx

Rabbi Aaron Fink
Ateres Bais Yaakov Academy of Rockland
200 Summit Park Rd.
New Hempstead, New York 10977

Re:   Grace Baptist Church of Nanuet to Ateres Bais Yaakov Academy of Rockland
        Contract of sale dated October 17, 2018

Dear Rabbi Fink:

As you are aware, this matter is schedule to close on April 15, 2019, time being of the essence with respect to said date.  By letter dated March 18, 2019, your attorney indicated that said closing date failed to give you adequate time.  While Grace Church presently remains ready, willing and able to close, Grace Church has agreed to adjourn the closing date to for an additional period upon the following conditions:

1. The Closing is adjourned to May 16, 2019 at 10:00am, **TIME BEING OF THE ESSENCE WITH RESPECT TO SAID DATE, TIME AND PLACE,** at which time and place Grace Church will tender a deed and any other document required under the contract of sale.
2. In the event that Closing does not occur on or before said date, then, upon the return of the down payment to Ateres, the contract of sale shall terminate automatically without any further notice or action required by either party, notwithstanding any provision in the contract of sale to the contrary.

3. Ateres shall return a countersigned electronic copy of this letter acknowledging and agreeing to the terms herein on or before 5pm on April 12, 2019.

The offer made in this letter is without prejudice to the currently scheduled Closing Date of April 15, 2019, **TIME BEING OF THE ESSENCE WITH RESPECT TO SAID DATE**, and which date remains in full force and effect.

Very truly,


Patrick J. Loftus


Accepted and Agreed to:

Ateres Bais Yaakov Academy of Rockland



By:_____



Cc:   Chaim Dahan, Esq.