# EXHIBIT   X

## DECLARATION OF DAVID TEILER

I, David Teiler, hereby declare under penalty of perjury:

1.      I am David Teiler, a senior underwriter at Alliance Private Capital, a commercial real estate mortgage brokerage firm based in Brooklyn, NY.  Our company provides mortgage brokerage services to the real estate industry, including not-for-profits.

2.      I have personal knowledge of the facts and circumstances set forth herein.

3.      On October 17, 2018, Ateres Bais Yaakov Academy of Rockland ("ABY") entered into a contract to purchase property owned by the Grace Baptist Church of Nanuet ("GBC"), located at 20 Demarest Avenue, Nanuet, New York (the "Property").

4.      It is my understanding that due to its inability to obtain the building permits required to operate its school on the Property, ABY's financing arrangements fell through.  It is also my understanding that ABY was unable to obtain alternative means of financing the acquisition of the Property.  As a result, ABY was unable to close by the time of the essence date set by GBC and the contract was terminated.

5.      It is my further understanding that ABY remains interested in purchasing the Property.  In order that ABY be able to do so, and subject to ABY obtaining the necessary building permits from the Town, Alliance Private Capital is ready, willing, and able to arrange bank financing for ABY to fund the acquisition of the Property.  I am aware of sufficient financing sources that would permit ABY to purchase the Property at the appraisal value.

6.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2020.

**DAVID TEILER**

_____
**NOTARY PUBLIC**

LEV RIVKIN
NOTARY PUBLIC-STATE OF NEW YORK
No 01R15042696
Qualified In Kings County
My Commisson Expires April 24, 20_22

01/16/2020

2