# EXHIBIT Y

# FREEMAN & LOFTUS, RLLP
## ATTORNEYS

James J. Freeman, Jr.
Patrick J. Loftus*
*Also admitted in New Jersey*

4 Laurel Road, New City, New York 10956-0629
845 634-0888    fax 845 634-9312
e-mail: info@flmattys.com

*of Counsel*
Ira M. Emanuel
Albert J. Kaiser
Amy Mele

May 16, 2019

Sent via FedEx

Rabbi Aaron Fink
Ateres Bais Yaakov Academy of Rockland
200 Summit Park Rd.
New Hempstead, New York 10977

Re:   Grace Baptist Church of Nanuet to Ateres Bais Yaakov Academy of Rockland
      Premises:    22-26 Demarest Ave., 9 Highview Ave., Nanuet, NY

Dear Rabbi Fink:

As you are aware, closing of title in this matter was scheduled to occur at 10:00 am this morning, May 16, 2019. Because the Purchaser failed to appear and close, the contract of sale has been terminated. In connection with the contract termination, I have sent $107,500.00 to your Chase account via wire transfer, which sum represents a refund of the contract deposit.

Because the contract has been terminated, Grace Church is revoking any consent to land use applications relating to the property that was the subject of the contract.

On behalf of Grace Church, I wish you good fortune in finding a location for your school that you find suitable.

Very truly,

Patrick J. Loftus

Cc:   Chaim Dahan, Esq.
      Pastor W. French