# EXHIBIT Z

# FREEMAN & LOFTUS, RLLP
## ATTORNEYS

James J. Freeman, Jr.
Patrick J. Loftus*
*Also admitted in New Jersey

4 Laurel Road, New City, New York 10956-0629
845 634-0888   fax 845 634-9312
e-mail: info@flmattys.com

*of Counsel*
Ira M. Emanuel
Albert J. Kaiser
Amy Mele

May 16, 2019

Thomas Mascola, Esq.
Clarkstown Town Attorney
10 Maple Ave.
New City, New York 10956

Re:   Grace Baptist Church of Nanuet
      Premises:   22-26 Demarest Ave., 9 Highview Ave., Nanuet, NY

Dear Mr. Mascola:

As you are aware, Grace Church previously consented to the submission of various land use applications by Ateres Bais Yaakov Academy, contract vendee in a contract of sale relating to the above referenced property. Please be advised that the said contract has been terminated. Because the contract has been terminated, Grace Church has revoked any consent to land use applications relating to the above referenced property.

Very truly,

Patrick J. Loftus

Cc:   Pastor W. French