# EXHIBIT AA

**CUPON of Greater Nanuet**
May 30

Be there or be square!

CUPON of Greater Nanuet is having a membership meeting Thursday, May 30th, at 7:30 pm at the Barr Middle School cafeteria. We hope all COGN members will join us!

While we are excited and gratified by the results COGN has been able to achieve with regard to the Grace Baptist Church sale, this is only one of the many issues facing our town that COGN is monitoring and which we, as a community, will need to weigh in on in the coming months. This meeting will give the COGN board the opportunity to update you on these issues as well as explain how, together, we can build on this success in order to keep our town safe and prosperous.

At Thursday's meeting:
• Supervisor George Hoehmann will stop by and may be able to update us on Town activities.
• Micheal Miller of Rockland CUPON, our parent organization, will be in attendance.
• COGN Chairman James Farkas and the COGN board will give the membership updates on what's next and how our members can get involved and sign up for COGN committees

There will also be T-shirts and magnets on sale, for those of you who want to display your Nanuet colors proudly!

We still have a great deal to do and we count on your enthusiasm and support! Come to the meeting, get information, and ask questions about topics that are important to you!

👍 11                                                                10 Shares

👍 Like          💬 Comment          ➦ Share