# EXHIBIT BB

| | |
|---|---|
| **From:** | notification@clarkstown.org |
| **To:** | Dahan, Kaela |
| **Subject:** | Automated Email Response |
| **Date:** | Thursday, June 6, 2019 11:58:29 AM |

Thank you for your Freedom of Information Law request which has been received by the Town Clerk's Office. It will be forwarded to the appropriate department(s) on the next business day. Freedom of Information Law requires that we supply the requested information or deny your request within twenty business days. Please be advised that every reasonable effort will be made to respond to your request as soon as possible. We will notify you when we have the documents you have requested. At that time, copies can be made for you upon your request at the cost of twenty-five cents per page. If you have any further questions, please do not hesitate to contact our office at (845) 639-2010. Thank you. Sincerely, Justin Sweet Town Clerk, Town of Clarkstown

| Name | Value |
|---|---|
| **Forms Edit Field1** | Kaela Dahan |
| **Address1** | 767 Fifth Avenue |
| **Address2** | |
| **City** | New York |
| **State** | NY |
| **Zip** | 10153 |
| **Representing** | Ateres Bais Yaakov Academy of Rockland |
| **Email** | kaela.dahan@weil.com |
| **Phone#** | 212-310-8162 |
| **Record** | Any and all records, written, electronic or otherwise, of the Town of Clarkstown relating to (A) the purchase and sale of all or a portion of that certain parcel of land currently owned by Grace Baptist Church of Nanuet located at 22 Demarest Ave, 24 Demarest Ave, 26 Demarest Ave and 9 Highview Ave, Nanuet, NY, including but not limited to: (1) records of communications between the Town of Clarkstown or any of its representatives or agents and any other party, including Grace Baptist Church of Nanuet and its officers and directors, including Pastor William French, Patrick Loftus, Esq., Rand Realty or Paul Adler, Esq., (2) records relating to the statement of Clarkstown Town Supervisor George Hoehmann as quoted on lohud.com, May 16, 2019, regarding the Town's interest in the property and evaluating its options with respect thereto, (3) copies of minutes and tape recordings of all meetings of the Town Board or other committee or subcommittee at which the sale of the property, or the Town's interest in the same, was discussed and (4) copies of any offers, term sheets, letters of intent or agreements, whether formal or informal, binding or non-binding, submitted or received by the Town regarding the purchase of such property, in each case including but not limited to the time period between October 17th, 2018 through May 16, 2019, (B) a list of applications by any school or religious institution to the Clarkstown Building Department for permits, use variances or area variances within the last 5 years together with the decisions issued by the Town with respect thereto (including a list of applications that were not |

| | |
|---|---|
| | ultimately heard at a meeting of the Zoning Board of Appeals due to incomplete submissions or applications otherwise terminated) and (C) requirements of the Clarkstown Zoning Board of Appeal for applicants to submit a survey (or other supporting documentation not required by the Zoning Code) together with applications. If the documents are capable of being scanned or provided in electronic form, please email the records to Kaela.Dahan@weil.com. |