# EXHIBIT EE



**Benny Livingstone**
Martin Burger not jews it's Hasidic a radical religious hypocrite group that hides behind religion to take advantage simply as that!!!! Not counting the sex traffic and assaults and fraud and corruption and lawlessness from these people!!! Not all but so many!!!! That's why they aren't welcome anymore!!!! Respect the laws and stop your disrespect towards the people and then you would see different consequences!!! But the truth is most are committing crimes against the people and we are the people and sick of the ignorance and disrespect!!!! If you are ok with this then thats your opinion and your right !!!! As for submitting lawsuits because of the violations and utter ignorance and disrespect and lawlessness they are committing then what cones is warranted towards these type people!!! That goes out to anyone the behaves like this!!! To tolerance for hate from any race or religion or lawlessness or trying

> We have laws and those laws protect the people from the ridiculous situation they have created !!!! Take a ride or research how many times these so called religious have been caught doing crimes or violating laws!!!! About time this happened and the law abiding citizens will not stand for any false lawsuit or pressure to have a religious phony school!!! Enough of this !!!! Go back to Europe or whatever country your from!!! This is Native American land and the disrespect you see these stereotypes not just Hasidic but others coming here to take advantage its ridiculous and unacceptable!!!!
>
> 1h   Like   Reply



**Chaim Saperstein**
Benny Livingstone umm. False. Ateres is a college prep school. Not Hassidic.
But, thanks for showing your bigotry towards all religious Jews.

1h   Like   Reply   👍 1