# EXHIBIT FF



**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

John M. Flannery<br>
914.872.7111 (direct)<br>
914.391.2673 (mobile)<br>
John.Flannery@wilsonelser.com

July 9, 2019

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153-0119

Attention:   Yehudah L. Buchweitz, Esq.

Re:   Appeal of Ateres Bais Yaakov Academy of Rockland
      Our File No.: 19816.00010

Dear Mr. Buchweitz:

We are counsel to the Town of Clarkstown in this matter.

Please be advised that the Zoning Board of Appeals will not entertain any appeal by Ateres Bais Yaakov Academy of Rockland ("Ateres") with respect to the Grace Baptist Church property located at 20 Demarest Avenue, Nanuet, NY. Grace Baptist Church has specifically advised the Town that the contract for the sale of the property to Ateres has been terminated and Ateres' right to make any application to the Town concerning their property has been revoked.

Under separate cover, the Town will be refunding the fee submitted by Ateres for the appeal.

Very truly yours,

Wilson Elser Moskowitz Edelman & Dicker LLP

John M. Flannery

JMF:lh

cc:   Ira M. Emanuel, Esq.
      Leslie Kahn, Esq.

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001
150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Indiana • Kentucky
Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • Missouri • New Jersey • New Orleans • New York • Orlando • Philadelphia • Phoenix
San Diego • San Francisco • Sarasota • Stamford • Virginia • Washington, DC • Wellington • White Plains

wilsonelser.com

7802787v.1