# EXHIBIT JJ



EXHIBIT 2

**Town of Clarkstown**
**Houses of Worship Key**

| Key | House of Worship | Address 1 | City | Not on Main Road | Zoning Code |
|---|---|---|---|---|---|
| A | Congers First Presbyterian Church | 17 Hwy Ave | Congers | X | R-15 |
| B | Tolstoy Foundation | 104 Lake Rd | Valley Cottage | X | R-22 |
| C | Elim Alliance Church | 40 Lake Rd | Valley Cottage | X | R-22 |
| D | All Saints Episcopal Church | 182 Ridge Rd | Valley Cottage | X | R-40 |
| E | St Francis Assisi Church | 128 Parrott Rd | West Nyack | X | R-22 |
| F | Islamic Center of Rockland | 481 Mountainview Ave | Valley Cottage | X | R-160 |
| G | Community Bible Church of Valley Cottage | 470 Mountainview Ave | Valley Cottage | X | R-160 |
| H | St Thomas' Luthern Church | 2 Old Ox Rd | Central Nyack | X | R-15 |
| I | Kingdom Hall of Jehovah's Witnesses | 73 Rose Rd | West Nyack | X | R-15 |
| J | St George Syrian Orthodox Church | 36 1st St | Nanuet | X | RS |
| K | St Anthony's Church | 36 W Nyack Rd | Nanuet | X | R-15 |
| L | Grace Baptist Church | 20 Demarest Ave | Nanuet | X | R-10 |
| M | West Clarkstown Jewish Center | 195 W Clarkstown Rd | New City | X | R-15 |
| N | New City Jewish Center | 47 Old Schoolhouse Rd | New City | X | R-15 |