# EXHIBIT KK

| | |
|---|---|
| **From:** | Maureen Landro |
| **To:** | Dahan, Kaela |
| **Subject:** | FOIL 324 |
| **Date:** | Friday, July 5, 2019 12:47:27 PM |
| **Attachments:** | Town Clerk_20190705_122800.pdf |
| | Town Clerk_20190705_122658.pdf |

Good Afternoon:

      RE:  FREEDOM OF INFORMATION REQUEST # 324
           GRACE BAPTIST CHURCH

In reference to the above FOIL request please be advised of the following:
1)     No records exist.
2)     No records exist.
3)     Attached are the minutes requested from a Town Board meeting.  A recording of such meeting is available on a CD.  The cost for the CD is $5.00.  If you would like a copy of the CD
     please send me payment in the amount of $5 made out to the Town of Clarkstown and I will mail the CD to you.
4)    No such records exist.
        (B)  The Town of Clarkstown does not maintain records in the manner and categories as contemplated by our request.
        (C)  Attached is a copy of the ZBA application.

Maureen

--
Maureen Landro
Town Clerk's Office
10 Maple Avenue
New City, NY  10956
(Phone) 845-639-2010
(Fax) 845-639-2008