# EXHIBIT LL

| | |
|---|---|
| **From:** | Dahan, Kaela |
| **To:** | "g.hoehmann@clarkstown.org" |
| **Subject:** | Re: Freedom of Information Law Appeal |
| **Date:** | Monday, July 22, 2019 7:57:04 AM |
| **Attachments:** | image001.jpg<br>2019.07.22 - Freedom of Information Law Appeal.pdf |

Supervisor Hoehmann,

Please see the attached correspondence.

Best,

Kaela Dahan



**Kaela Dahan**
Associate

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Kaela.Dahan@weil.com
+1 212 310 8162 Direct
+1 845 521 4420 Mobile

# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Kaela Dahan
+1 (212) 310-8162
Kaela.Dahan@weil.com

July 22, 2019

**SENT VIA E-MAIL**

Supervisor George Hoehmann
Town of Clarkstown
10 Maple Avenue New City, NY 20956

Re:   Freedom of Information Law Appeal on behalf of Ateres Bais Yaakov Academy of Rockland

Dear Supervisor Hoehmann:

I hereby appeal the denial of access regarding my Freedom of Information Law request, which was filed on June 6, 2019 with the Town Clerk's Office of the Town of Clarkstown (the "Town").

I requested, among other things, "Any and all records, written, electronic or otherwise, of the Town of Clarkstown relating to (A) the purchase and sale of all or a portion of that certain parcel of land currently owned by Grace Baptist Church of Nanuet located at 22 Demarest Ave, 24 Demarest Ave and 9 Highview Ave, Nanuet, NY, including but not limited to: (1) records of communications between the Town of Clarkstown or any of its representatives or agents and any other party, including Grace Baptist Church of Nanuet and its officers and directors, including Pastor William French, Patrick Loftus, Esq., Rand Realty, or Paul Adler, Esq.; (2) records relating to the statement of Clarkstown Supervisor George Hoehmann as quoted in lohud.com, May 16, 2019, regarding the Town's interest in the property and evaluating its options with respect thereto…and (4) copies of any offers, term sheets, letters of intent or agreements, whether formal or informal, binding or non-binding, submitted or received by the Town regarding the purchase of such property, in each case including but not limited to the time period between October 17th, 2018 through May 16, 2019."

The Town Clerk responded to requests (1), (2), and (4) on July 5, 2019 by stating, "no such records exist."

Frankly, I find the Town Clerk's response difficult to believe. On May 16, 2019, the Rockland/Westchester Journal News published an article titled, "Nanuet: Grace Baptist Church terminates sale to Ateres Bais Yaacov" stating "Supervisor George Hoehmann said the town has interest

Supervisor George Hoehmann  **Weil, Gotshal & Manges LLP**
July 22, 2019
Page 2

in the property and will evaluate its options in the coming weeks." Then again, on June 4, 2016, in an article titled "Journal News Nanuet: Town, school district exploring Grace Baptist Church purchase," you were quoted as saying "I am excited about the prospects for the acquisition of Grace Baptist Church . . . All options are on the table and I look forward to the involvement of the school district and potentially the private sector to create something unique for the benefit of all residents."

I remind you that all Town records are subject to the Freedom of Information Law Act, a "record" being broadly defined as "any information kept, held, filed, produced or reproduced by, with or for an agency . . . in *any* physical form whatsoever including, but not limited to, reports, statements examinations, memoranda, opinions, folders, files, books, manuals, pamphlets, forms, papers, designs, drawings, maps, photos, letters, microfilms, computer tapes or discs, rules, regulations or codes." Freedom of Information Law § 86(4) (emphasis added).

No later than ten (10) business days, please provide us with any and all records, written, electronic or otherwise, relating to the Town's interest in the purchase of the Grace Baptist Church of Nanuet, including, but not limited to:

- records of communications between the Town or any of its representatives or agents and any other party, including the Grace Baptist Church of Nanuet, its officers and directors;

- records relating to your statements quoted by the Rockland/Westchester Journal News on May 16, 2019 and June 4, 2019 regarding the Town's interest in the property (as described above);

- copies of any offers, term sheets, letters of intent or agreements, whether formal or informal, binding or non-binding, submitted or received by the Town regarding the purchase of such property.

Sincerely,

*Kaela Dahan*
Kaela Dahan