# EXHIBIT   MM

| | |
|---|---|
| **From:** | notification@clarkstown.org |
| **To:** | Dahan, Kaela |
| **Subject:** | Automated Email Response |
| **Date:** | Sunday, October 13, 2019 9:40:04 AM |

Thank you for your Freedom of Information Law request which has been received by the Town Clerk's Office. It will be forwarded to the appropriate department(s) on the next business day. Freedom of Information Law requires that we supply the requested information or deny your request within twenty business days. Please be advised that every reasonable effort will be made to respond to your request as soon as possible. We will notify you when we have the documents you have requested. At that time, copies can be made for you upon your request at the cost of twenty-five cents per page. If you have any further questions, please do not hesitate to contact our office at (845) 639-2010. Thank you. Sincerely, Justin Sweet Town Clerk, Town of Clarkstown

| Name | Value |
|---|---|
| Forms Edit Field1 | Kaela Dahan |
| Address1 | 767 Fifth Avenue |
| Address2 | |
| City | New York |
| State | NY |
| Zip | 10153 |
| Representing | Ateres Bais Yaakov Academy of Rockland |
| Email | kaela.dahan@weil.com |
| Phone# | 2123108162 |
| | Any and all records, written, electronic or otherwise, of the Town of Clarkstown (the "Town") relating to: (A) the acquisition by the Town of that certain parcel of land currently owned by Grace Baptist Church of Nanuet located at 22 Demarest Ave, 24 Demarest Ave, 26 Demarest Ave and/or 9 Highview Ave, Nanuet, NY (the "Property"), as announced by Town officials at a press conference on October 3, 2019, including but not limited to: (1) the purchase agreement, whether executed or in draft form, including all drafts, together with all exhibits, annexes and schedules and including any related ancillary agreements; (2) any offer letters, term sheets, letters of intent or other agreements, whether formal or informal, binding or non-binding, submitted or received by the Town regarding the acquisition of such property, in each case including but not limited to the time period between October 17th, 2018 through October 2, 2019; (3) all communications between or among the Town or any of its officers, representatives or agents, on the one hand, and any representatives or agents of Grace Baptist Church of Nanuet and its officers and directors, including but not limited to Pastor William French, Patrick Loftus, Esq., Rand Realty or Paul Adler, Esq., on the other hand; (4) all communications between or among the Town, or any of its officers, representatives or agents, on the one hand, and any third parties, on the other hand, with respect to the Town's potential acquisition, the financing thereof, or the Town's plans for the Property (which include, as publicly reported by Town officials, senior housing, performing arts |

| | |
|---|---|
| Record | centers and parking); (5) internal communications, including but not limited to copies of minutes and audio and visual recordings of all meetings of representatives of the Town, including the Town Board and any other committee or subcommittee, relating to the Town's acquisition of the Property or the Town's interest in the same, and the Town's planned usage of the Property; (6) all documents or materials relating to the Town's purchase price for the Property; (7) all documents or materials relating to any intention by the Town to sell the Property to a third-party, including a third-party developer; (8) all documents or materials relating to any purported traffic concerns arising from the Town's acquisition or future use of the Property; and (9) all documents or materials relating to the Town's discussion of any zoning laws in connection with its acquisition or future use of the Property; (B) communications between or among the Town or any of its officers, representatives or agents, on the one hand and representatives or agents of Grace Baptist Church of Nanuet, on the other hand, relating to the planned acquisition of the Property by Ateres Bais Yaakov Academy of Rockland ("ABY"); (C) communications between or among the Town or any of its officers, representatives or agents, on the one hand and representatives or agents of Grace Baptist Church of Nanuet, on the other hand relating to the Article 78 Petition and Declaratory Judgment Complaint filed by ABY against the Town, the Town of Clarkstown Zoning Board of Appeals and the Town of Clarkstown Building Department on August 8, 2019, including any potential involvement or participation by Grace Baptist Church of Nanuet in such proceeding; and (D) all communications between Supervisor George Hoemann and Councilman Pete Bradley regarding the Property, the Town's planned acquisition of the Property, ABY, or Hasidic or Orthodox Jews. If the documents are capable of being scanned or provided in electronic form, please email the records to Kaela.Dahan@weil.com. |