# EXHIBIT OO

# Simmons, Kevin

| | |
|---|---|
| **From:** | Maureen Landro <m.landro@clarkstown.org> |
| **Sent:** | Wednesday, December 4, 2019 3:19 PM |
| **To:** | Dahan, Kaela |
| **Subject:** | Fwd: Scanned image from MX-5070V |
| **Attachments:** | Town Clerk_20191204_170622.pdf |

Good Afternoon:

   RE:  FREEDOM OF INFORMATION REQUEST # 518  **PART 1**
        GRACE BAPTIST CHURCH OF NANUET, NY

Attached are the remaining records for the above FOIL request.  Please note some of the pages appear blank, as the documents I scanned were mostly two sided.

Maureen

Maureen Landro
Town Clerk's Office
10 Maple Avenue
New City, NY  10956
(Phone) 845-639-2010
(Fax) 845-639-2008

**Simmons, Kevin**

| | |
|---|---|
| **From:** | Maureen Landro <m.landro@clarkstown.org> |
| **Sent:** | Wednesday, December 4, 2019 3:42 PM |
| **To:** | Dahan, Kaela |
| **Subject:** | Fwd: Scanned image from MX-5070V |
| **Attachments:** | Town Clerk_20191204_170905.pdf |

Good Afternoon:

RE:  FREEDOM OF INFORMATION REQUEST # 518 - **PART 2**
     GRACE BAPTIST CHURCH OF NANUET, NY

Attached are the remaining records for the above FOIL request.


Maureen

Maureen Landro
Town Clerk's Office
10 Maple Avenue
New City, NY  10956
(Phone) 845-639-2010
(Fax) 845-639-2008

1