# EXHIBIT   RR

 **TOWN OF CLARKSTOWN**

**Paul Schofield <p.schofield@clarkstown.org>**

## Grace Baptist Church Inspection Report
1 message

**Paul Adler** <paul.adler@randcommercial.com>                 Thu, Jun 6, 2019 at 8:44 AM
To: George Hoehmann <g.hoehmann@clarkstown.org>, "Paul K. Schofield" <p.schofield@clarkstown.org>
Cc: Ginny Warsaw <ginny.warsaw@randcommercial.com>, Susan Resnick <s.resnick@clarkstown.org>

In an effort to assist the Town of Clarkstown & Nanuet School District in their due diligence deliberations, Rand Commercial has attached an inspection report for the Grace Baptist Church performed in June 2018 which might be helpful and instructive. Thank you.

Paul Adler, Esq.
Rand Commercial
*Chief Strategy Officer*
Lic. RE Associate Broker NY & NJ Broker-Salesperson
845-770-1205 office
917-577-0497 mobile
paul.adler@randcommercial.com



📄 **GBC Inspection Report_6.19.2018.pdf**
735K

**J&P Professional Property Inspections**                                    **Pentecostal**



# Inspection Report

## Concilio Iglesia de Dios Pentecostal

**Property Address:**
20 Demarest Avenue
Nanuet NY 10954



20 Demarest Avenue

## J&P Professional Property Inspections

**John C. Zabala NYS License #16000016647**
**160-55 27th Avenue**

**J&P Professional Property Inspections**                                    **Pentecostal**

**Flushing, NY 11358**
**646-261-0203**

HomeGauge
S@rvices

**Pentecostal**

# Table of Contents

Cover Page ................................................................ 1

Table of Contents ....................................................... 3

Intro Page ................................................................ 4

1 Roof, Attic and Ventilation ........................................ 6

2 Exterior ................................................................ 8

3 Basement, Foundation and Crawlspace ............. 11

4 Heating and Ventilation ........................................ 12

5 Cooling ............................................................... 14

6 Plumbing ............................................................. 15

7 Electrical System for Building ............................. 19

8 Interior, Windows and Doors .............................. 21

General Summary ................................................. 27

Invoice ................................................................. 30

Agreement ........................................................... 31

**J&P Professional Property Inspections**                                          **Pentecostal**

| Date: 6/19/2018 | Time: 05:00 PM | Report ID: |
|---|---|---|
| Property:<br>20 Demarest Avenue<br>Nanuet NY 10954 | Customer:<br>Concilio Iglesia de Dios<br>Pentecostal | Real Estate Professional: |

### InterNACHI Commercial Inspection Report

This commercial inspection was performed in accordance with InterNACHI's Commercial Standards Of Practice www.internachi.org/comsop This standard is designed as a baseline from which the inspector and client can develop and agree to a scope of work that may deviate from this standard depending on budget, time constraints, purpose of the inspection, age of the subject property, and risk tolerance of the client. The level of due diligence should be set where the cost, in time and money, of acquiring information about the subject property will not likely exceed the value of that information. Therefore an inspection performed in accordance with this standard will not be technically exhaustive. In recognizing that the client likely has the goal of acquiring information about the subject property at a cost, in time and money, that does not exceed the value of that information, representative observations are not just permitted by this standard, but recommended as well.

The client should understand that no inspection report is completely accurate.  A report is only the written communication of the observations made and research conducted by the inspector.  The report contains those items which in the inspector's opinion are likely to be of interest to his/her client.  The client should understand that the inspection report is, to a large degree, the subjective opinions of the inspector based on his/her observations and research within the limits of access, time, and budget and without the aid of special equipment or meters and without dismantling, probing, testing, or troubleshooting and without detailed knowledge of the commercial property, its components or its systems.  The inspection report is not much more than a subjective professional opinion. An inspector performing a commercial inspection in accordance with this standard is not practicing architecture or engineering. This inspection is not a warranty and the inspection report is merely the written communication of the inspector's subjective opinion on the condition of the subject property.

The level of accuracy of information varies depending on its source. The inspector may rely on information obtained to the extent that the information appears to be accurate and complete. This standard does not require the inspector to independently verify the accuracy of the documents reviewed by the inspector or included in the report nor the statements made by those interviewed by the inspector. The inspector is not a fraud investigator and this standard does not require the inspector to look for intentionally hidden deficiencies in the subject property.  The inspection report is supplementary to the seller's disclosures.

### Comment Key or Definitions

The following definitions of comment descriptions represent this inspection report. All comments by the inspector should be considered before purchasing this building. Any recommendations by the inspector to repair or replace suggests a second opinion or further inspection by a qualified contractor. All costs associated with further inspection fees and repair or replacement of item, component or unit should be considered before you purchase the property.

**Inspected (IN)** = I visually observed the item, component or unit and if no other comments were made then it appeared to be functioning as intended allowing for normal wear and tear.

**Not Inspected (NI)**= I did not inspect this item, component or unit and made no representations of whether or not it was functioning as intended and will state a reason for not inspecting.

**Not Present (NP)** = This item, component or unit is not in this building or building.

**Repair or Replace (RR)** = The item, component or unit is not functioning as intended, or needs further inspection by a qualified contractor. Items, components or units that can be repaired to satisfactory condition may not need replacement.

**J&P Professional Property Inspections**

**Pentecostal**

**In Attendance:**
Customer and their agent

**Type of building:**
Offices, Church and school

**Approximate age of building:**
Over 50 Years

**Temperature:**
Over 65

**Weather:**
Clear

**Ground/Soil surface condition:**
Dry

**Rain in last 3 days:**
Yes

**Radon Test:**
No

**Water Test:**
No

**J&P Professional Property Inspections**                    **Pentecostal**

---

### 1. Roof, Attic and Ventilation

**The inspector should inspect** from ground level, or eaves or roof top (if a roof top access door exists): The roof covering, presence of exposed membrane, Slopes, evidence of significant ponding, gutters, downspouts, vents, flashings, skylights, chimney and other roof penetrations. The general structure of the roof from the readily accessible panels, doors or stairs, and for the need for repairs. **The inspector should inspect:** The insulation in unfinished spaces. The ventilation of attic spaces. Mechanical ventilation systems. And report on the general absence or lack of insulation. **The inspector is not required to:** Enter the attic or any unfinished spaces that are not readily accessible or where entry could cause damage or pose a safety hazard to the inspector in his or her opinion. Move, touch, or disturb insulation. Move, touch or disturb vapor retarders. Break or otherwise damage the surface finish or weather seal on or around access panels and covers. Identify the composition or exact R-value of insulation material. Activate thermostatically operated fans. Determine the types of materials used in insulation or wrapping of pipes, ducts, jackets, boilers, and wiring. Determine the adequacy of ventilation. **The inspector is not required to:** Walk on any pitched roof surface, Predict service life expectancy. Inspect underground downspout diverter drainage pipes. Remove snow, ice, debris or other conditions that prohibit the observation of the roof surfaces. Move insulation. Inspect antennae, lightning arresters, de-icing equipment or similar attachments. Walk on any roof areas that appear, in the opinion of the inspector, to be unsafe. Walk on any roof areas if it might, in the opinion of the inspector, cause damage. Perform a water test. Warrant or certify the roof. Walk on any roofs that lack rooftop access doors.

| | | IN | NI | NP | RR | | **Styles & Materials** |
|---|---|---|---|---|---|---|---|
| 1.0 | ROOF COVERINGS | X | | | | | **Viewed roof covering from:** |
| 1.1 | ROOF FLASHINGS | X | | | | | Walked roof |
| 1.2 | SKYLIGHTS, CHIMNEYS AND ROOF PENETRATIONS | X | | | | | **Roof-Type:** |
| 1.3 | ROOF DRAINAGE SYSTEMS | | | | X | | Gable |
| 1.4 | ROOF STRUCTURE AND ATTIC (report leak signs or condensation) | X | | | | | Flat |
| 1.5 | FIREWALL SEPARATION BETWEEN UNITS IN ATTIC | X | | | | | **Roof Covering:** |
| 1.6 | ROOF VENTILATION | X | | | | | Architectural |
| 1.7 | ATTIC INSULATION | X | | | | | Rubber membrane |
| 1.8 | VENTILATION FANS THERMOSTATIC CONTROLS (ATTIC) | | | X | | | **Chimney (exterior):** |

|  | IN | NI | NP | RR |
|---|---|---|---|---|

IN=Inspected, NI=Not Inspected, NP=Not Present, RR=Repair or Replace

**Chimney (exterior):**
Brick

Metal Flue Pipe

**Method used to observe attic:**
Walked

**Roof Structure:**
2 X 6 Rafters

**Ceiling Structure:**
2X6

**Roof Ventilation:**
Ridge vents

**Attic Insulation:**
Fiberglass

**Comments:**

**J&P Professional Property Inspections**                                        **Pentecostal**

**1.0** New roof covering membranes and shingles were noted at time of inspection. (Picture 1)



1.0 Picture 1 new roof(s)

**1.3** Loose unsecured gutter was noted on portion of gable roof at time of inspection. Repair as needed.(Picture 1)



1.3 Picture 1 loose gutters

**J&P Professional Property Inspections**                                                                    **Pentecostal**

## 2. Exterior

**The inspector should inspect:** The siding, flashing and trim, all exterior doors, decks, stoops, steps, stairs, porches, railings, eaves, soffits and fascias and report as in need of repair any safety issues regarding intermediate balusters, spindles, or rails for steps, stairways, balconies, and railings, representative number of windows, vegetation, surface drainage and retaining walls when these are likely to adversely affect the structure. The exterior for accessibility barriers. The storm water drainage system. The general topography.The parking areas, the sidewalks. Exterior lighting.The landscaping, Determine that a 3-foot clear space exists around the circumference of fire hydrants. Describe the exterior wall covering. **The inspector is not required to:** Inspect or operate screens, storm windows, shutters, awnings, fences, outbuildings, or exterior accent lighting. Inspect items, including window and door flashings, which are not visible or readily accessible from the ground. Inspect geological, geotechnical, hydrological and/or soil conditions. Inspect recreational facilities. Inspect seawalls, break-walls and docks. Inspect erosion control and earth stabilization measures.Inspect for proof of safety type glass. Determine the integrity of the thermal window seals or damaged glass. Inspect underground utilities. Inspect underground items. Inspect wells or springs. Inspect solar systems. Inspect swimming pools or spas. Inspect septic systems or cesspools. Inspect playground equipment. Inspect sprinkler systems. Inspect drain fields or drywells. Inspect manhole covers. Operate or evaluate remote control devices or test door or gate operators.

|     |                                                                        | IN | NI | NP | RR |
|-----|------------------------------------------------------------------------|----|----|----|----|
| 2.0 | SIDING FLASHING AND TRIM                                                | X  |    |    |    |
| 2.1 | DOORS (Exterior and check against accessibility barriers)              | X  |    |    |    |
| 2.2 | BALCONIES, DECKS, STOOPS, STEPS, STAIRS, PORCHES, RAILINGS             | X  |    |    |    |
| 2.3 | EAVES, SOFFITS AND FASCIAS                                             | X  |    |    |    |
| 2.4 | WINDOWS (a representative number)                                      |    |    |    | X  |
| 2.5 | VEGETATION, SURFACE DRAINAGE, STORM WATER DRAINAGE AND RETAINING WALLS (that affect the building) | X  |    |    |    |
| 2.6 | GENERAL TOPOGRAPHY, PARKING AREAS AND SIDEWALKS                        |    |    |    | X  |
| 2.7 | EXTERIOR LIGHTING AND LANDSCAPING                                      | X  |    |    |    |
| 2.8 | FIRE HYDRANT LOCATION AND ACCESSIBILITY                                |    |    | X  |    |
|     |                                                                        | IN | NI | NP | RR |

IN=Inspected, NI=Not Inspected, NP=Not Present, RR=Repair or Replace

**Styles & Materials**

**Siding Material:**
Brick veneer

**Exterior Entry Doors:**
Wood

**Driveway:**
Asphalt

Parking lot

**General Topography:**
Flat

**Number of Parking levels:**
One

**Access Roads:**
Paved Driveway

**Storm Water Drain:**
Discharges at street

### Comments:

2.4 Majority of windows were original single pane windows with older deteriorated caulking at time of inspection. Replace / upgrade as needed.(Picture 1)



2.4 Picture 1 aged windows

**J&P Professional Property Inspections**                     **Pentecostal**

**2.5** Termite treatment was noted around perimeter of property at time of inspection. Recommend having the licensed exterminator provide details and clearance as needed.(Picture 1)



2.5 Picture 1 termite treatment

**J&P Professional Property Inspections**                               **Pentecostal**

**2.6** Damaged deteriorated asphalt parking area was noted at time of inspection. Repair / replace asphalt as needed.(Picture 1)(Picture 2)



2.6 Picture 1 damaged deteriorated asphalt



2.6 Picture 2 daamged deteriorated asphalt

**J&P Professional Property Inspections**                               **Pentecostal**

---

## 3. Basement, Foundation and Crawlspace

**The Inspector should Inspect:** The basement, The foundation, The crawlspace, The visible structural components and report on the location of under-floor access openings. Report any present conditions or clear indications of active water penetration observed by the Inspector. For wood in contact or near soil. Report any general indications of foundation movement that are observed by the inspector, such as but not limited to sheetrock cracks, brick cracks, out-of-square door frames or floor slopes. Report on any cutting, notching and boring of framing members which may present a structural or safety concern. **The inspector is not required to:** Enter any crawlspaces that are not readily accessible or where entry could cause damage or pose a hazard to the inspector. Move stored items or debris. Operate sump pumps. Identify size, spacing, span, location or determine adequacy of foundation bolting, bracing, joists, joist spans or support systems. Perform or provide any engineering or architectural service. Report on the adequacy of any structural system or component.

| | | IN | NI | NP | RR |
|---|---|---|---|---|---|
| 3.0 | BASEMENT, FOUNDATION AND CRAWLSPACE (Report signs of water penetration into the building or moisture condensation) | X | | | |
| 3.1 | WALLS (Structural) | X | | | |
| 3.2 | COLUMNS OR PIERS | X | | | |
| 3.3 | FLOORS (Structural) | X | | | |
| 3.4 | CEILINGS (structural) | X | | | |
| 3.5 | INSULATION UNDER FLOOR SYSTEM | X | | | |

**IN NI NP RR**

IN=Inspected, NI=Not Inspected, NP=Not Present, RR=Repair or Replace

**Styles & Materials**

**Foundation:**
Masonry block
Poured concrete

**Method used to observe Crawlspace:**
Crawled

**Floor Structure:**
Wood joists

**Wall Structure:**
2 X 4 Wood

**Columns or Piers:**
Wood piers
Steel lally columns

**Floor System Insulation:**
Missing in accessible areas

---

**J&P Professional Property Inspections**                                      **Pentecostal**

---

## 4. Heating and Ventilation

**The inspector should inspect (heating):** Multiple gas meter installations, such as a building with multiple tenant spaces, and verify that each meter is clearly and permanently identified with the respective space supplied. The heating systems using normal operating controls and describe the energy source and heating method. Report as in need of repair heating systems which do not operate. Report if the heating systems are deemed inaccessible. Verify that a permanent means of access with permanent ladders and/or catwalks is present for equipment and appliances on roofs higher than 16 feet. Verify the presence of level service platforms for appliances on roofs with a 25 percent slope or greater. Verify that a luminaire and receptacle outlet are provided at or near the appliance. Verify that the system piping appears to be sloped to permit the system to be drained. For connectors, tubing and piping that might be installed in a way that exposes them to physical damage. Wood framing for cutting, notching and boring that might cause a structural or safety issue. Pipe penetrations in concrete and masonry building elements to verify that they are sleeved. Exposed gas piping for identification by a yellow label marked "Gas" in black letters occurring at intervals of 5 feet or less. Determine if any appliances or equipment with ignition sources are located in public, private, repair or parking garages or fuel-dispensing facilities. Verify that fuel-fired appliances are not located in or obtain combustion air from sleeping rooms, bathrooms, storage closets or surgical rooms. For the presence of exhaust systems in occupied areas where there is a likelihood of excess heat, odors, fumes, spray, gas, noxious gases or smoke. Verify that outdoor air intake openings are located at least 10 feet from any hazardous or noxious contaminant sources such as vents, chimneys, plumbing vents, streets, alleys, parking lots or loading docks. Outdoor exhaust outlets for the likelihood that they may cause a public nuisance or fire hazard due to smoke, grease, gases, vapors or odors. For the potential of flooding and evidence of past flooding that could cause mold in ductwork or plenums. Condensate drains.**The inspector should inspect (fireplaces):** Fireplaces, and open and close the damper doors if readily accessible and operable. Hearth extensions and other permanently installed components. And report as in need of repair deficiencies in the lintel, hearth and material surrounding the fireplace, including clearance from combustible materials. **The inspector is not required to (fireplaces):** Inspect the flue or vent system. Inspect the interior of chimneys or flues, fire doors or screens, seals or gaskets, or mantels. C. Determine the need for a chimney sweep. Operate gas fireplace inserts. Light pilot flames. Inspect automatic fuel feed devices. Inspect combustion and/or make-up air devices. Inspect heat distribution assists whether gravity controlled or fan assisted. Ignite or extinguish fires. Determine draft characteristics. Move fireplace inserts, stoves, or firebox contents. Determine adequacy of draft, perform a smoke test or dismantle or remove any fireplace component. Perform an NFPA inspection. Determine the appropriateness of any installation. **The inspector is not required to (heating):** Inspect or evaluate interiors of flues or chimneys, fire chambers, heat exchangers, humidifiers, dehumidifiers, electronic air filters, solar heating systems, fuel tanks, safety devices, pressure gauges, or control mechanisms. Determine the uniformity, temperature, flow, balance, distribution, size, capacity, BTU, or supply adequacy of the heating system. Light or ignite pilot flames. Activate heating, heat pump systems, or other heating systems when ambient temperatures or when other circumstances are not conducive to safe operation or may damage the equipment. Override electronic thermostats. Evaluate fuel quality. Verify thermostat calibration, heat anticipation or automatic setbacks, timers, programs or clocks. Inspect tenant owned or maintained heating equipment. Determine ventilation rates. Perform capture and containment tests. Test for mold.

| | | IN | NI | NP | RR |
|---|---|:--:|:--:|:--:|:--:|
| 4.0 | HEATING EQUIPMENT | X | | | |
| 4.1 | GAS METER (s) (labeled to identify unit or bldg) | X | | | |
| 4.2 | PRESENCE OF INSTALLED HEAT SOURCE IN EACH ROOM | X | | | |
| 4.3 | DISTRIBUTION SYSTEMS (including fans, pumps, ducts and piping, with supports, insulation, registers, radiators, fan coil units and convectors) | | | | X |
| 4.4 | CHIMNEYS, FLUES AND VENTS (for fireplaces, gas water heaters or heat systems) | X | | | |
| 4.5 | SOLID FUEL HEATING DEVICES (Fireplaces, Woodstove) | | | X | |
| 4.6 | GAS/LP FIRELOGS AND FIREPLACES | | | X | |
| | | IN | NI | NP | RR |

IN=Inspected, NI=Not Inspected, NP=Not Present, RR=Repair or Replace

**Styles & Materials**

**Heat Type:**
Circulating boiler
Forced Air

**Energy Source:**
Gas

**Number of Heat Systems (excluding wood):**
Three

**Heat System Brand:**
AGED

**Ductwork:**
Non-Insulated

**Types of Fireplaces:**
None

**Operable Fireplaces:**
None

**Number of Woodstoves:**
None

**Types of Fireplaces:**
None

**Operable Fireplaces:**
None

**Comments:**

---

**20 Demarest Avenue**                                                **Page 12 of 33**

**J&P Professional Property Inspections**

**Pentecostal**

**4.3** Asbestos insulation was noted in crawl space at time of inspection. Recommend properly abating and disposing of as needed,(Picture 1)(Picture 2)



4.3 Picture 1 friable asbestos



4.3 Picture 2 friable asbestos

**J&P Professional Property Inspections**                    **Pentecostal**

## 5. Cooling

**The Inspector should inspect:** Multiple air conditioning compressor installations, such as a building with multiple tenant spaces, and verify that each compressor is clearly and permanently identified with the respective space supplied. The central cooling equipment using normal operating controls.Verify that a luminaire and receptacle outlet are provided at or near the appliance. Verify that a permanent means of access with permanent ladders and/or catwalks is present for equipment and appliances on roofs higher than 16 feet. Verify the presence of level service platforms for appliances on roofs with a 25 percent slope or greater. Wood framing for cutting, notching and boring that might cause a structural or safety issue. Pipe penetrations in concrete and masonry building elements to verify that they are sleeved. Piping support, for connectors, tubing and piping that might be installed in a way that exposes them to physical damage. For the potential of flooding and evidence of past flooding that could cause mold in ductwork or plenums. Condensate drains. **The Inspector is not required to:** Inspect or test compressors, condensers, vessels, evaporators, safety devices, pressure gauges, or control mechanisms. Determine the uniformity, temperature, flow, balance, distribution, size, capacity, BTU, or supply adequacy of the cooling system. Inspect window units, through-wall units, or electronic air filters. Operate equipment or systems if exterior temperature is below 60 degrees Fahrenheit or when other circumstances are not conducive to safe operation or may damage the equipment. Inspect or determine thermostat calibration, heat anticipation or automatic setbacks or clocks. Examine electrical current, coolant fluids or gases, or coolant leakage. Inspect tenant owned or maintained cooling equipment. Test for mold.

| | | IN | NI | NP | RR |
|---|---|---|---|---|---|
| 5.0 | COOLING AND AIR HANDLER EQUIPMENT | X | | | |
| 5.1 | DISTRIBUTION SYSTEMS (including fans, pumps, ducts and piping, with supports, insulation, registers, radiators, fan coil units and convectors) | X | | | |
| | | IN | NI | NP | RR |

IN=Inspected, NI=Not Inspected, NP=Not Present, RR=Repair or Replace

**Styles & Materials**

**Cooling Equipment Type:**
Heat Pump Forced Air (also provides warm air)

**Cooling Equipment Energy Source:**
Electricity

**Central Air Manufacturer:**
AGED

**Number of AC Only Units:**
Three

**Comments:**

**5.0** The condenser outside (AC unit) are old and worked at time of inspection, Units may last a few years more, but maybe not. I have seen units fail shortly after a building inspection during the seasonal change from mild to hot weather. I cannot determine how long your AC will last before a replacement is necessary.(Picture 1)



5.0 Picture 1 aged condensers

**20 Demarest Avenue**

**J&P Professional Property Inspections**                                    **Pentecostal**

## 6. Plumbing

**The inspector should inspect:** Verify the presence of and identify the location of the main water shutoff valve to each building. Verify the presence of a backflow prevention device if, in the inspector's opinion, a cross connection could occur between water distribution system and nonpotable water or private source. The water heating equipment, including combustion air, venting, connections, energy sources, seismic bracing, and verify the presence or absence of temperature-pressure relief valves and/or Watts 210 valves. Flush a representative number of toilets. Run water in a representative number of sinks, tubs, and showers. Verify that hinged shower doors open outward from the shower and have safety glass conformance stickers or indicators. The interior water supply including a representative number of fixtures and faucets. The drain, waste and vent systems, including a representative number of fixtures. Describe any visible fuel storage systems. The drainage sump pumps and test pumps with accessible floats. Describe the water supply, drain, waste and main fuel shut-off valves, as well as the location of the water main and main fuel shut-off valves. Determine if the water supply is public or private. The water supply by viewing the functional flow in several fixtures operated simultaneously and report any deficiencies as in need of repair. Report as in need of repair deficiencies in installation and identification of hot and cold faucets. Report as in need of repair mechanical drain-stops that are missing or do not operate if installed in sinks, lavatories and tubs. Report as in need of repair commodes that have cracks in the ceramic material, are improperly mounted on the floor, leak, or have tank components which do not operate. Piping support. **The inspector is not required to:** Determine the adequacy of the size of pipes, supplies, vents, traps, or stacks. Ignite pilot flames. Determine the size, temperature, age, life expectancy or adequacy of the water heater. Inspect interiors of flues or chimneys, cleanouts, water softening or filtering systems, dishwashers, interceptors, separators, sump pumps, well pumps or tanks, safety or shut-of valves, whirlpools, swimming pools, floor drains, lawn sprinkler systems or fire sprinkler systems. Determine the exact flow rate, volume, pressure, temperature, or adequacy of the water supply. Verify or test anti-scald devices. Determine the water quality or potability or the reliability of the water supply or source. Open sealed plumbing access panels. Inspect clothes washing machines or their connections. Operate any main, branch or fixture valve. Test shower pans, tub and shower surrounds or enclosures for leakage. Evaluate the compliance with local or state conservation or energy standards, or the proper design or sizing of any water, waste or venting components, fixtures or piping. Determine the effectiveness of anti-siphon, back-flow prevention or drain-stop devices. Determine whether there are sufficient clean-outs for effective cleaning of drains. Evaluate gas, liquid propane or oil storage tanks. Inspect any private sewage waste disposal system or component within such a system. Inspect water treatment systems or water filters. Inspect water storage tanks, pressure pumps, ejector pumps, or bladder tanks. Evaluate wait time for hot water at fixtures, or perform testing of any kind on water heater elements. Evaluate or determine the adequacy of combustion air. Test, operate, open or close safety controls, manual stop valves and/or temperature or pressure relief valves. Examine ancillary systems or components, such as, but not limited to those relating to solar water heating or hot water circulation. Determine the presence or condition of polybutylene plumbing.

| | | IN | NI | NP | RR |
|---|---|---|---|---|---|
| 6.0 | PLUMBING DRAIN, WASTE AND VENT SYSTEMS | | | | X |
| 6.1 | PLUMBING WATER SUPPLY AND DISTRIBUTION SYSTEMS AND FIXTURES | X | | | |
| 6.2 | FUEL STORAGE AND DISTRIBUTION SYSTEMS | X | | | |
| 6.3 | WATER HEATING SYSTEMS, CONTROLS, AND VENTS | X | | | |
| 6.4 | MAIN WATER SHUT-OFF DEVICE (Describe location) | X | | | |
| 6.5 | MAIN FUEL SHUT OFF VALVE (describe location) | X | | | |
| 6.6 | SUMP PUMP | | | X | |
| | | IN | NI | NP | RR |

IN=Inspected, NI=Not Inspected, NP=Not Present, RR=Repair or Replace

**Styles & Materials**

**Water Source:**

Public

**Plumbing Water Supply (into building):**

Copper

**Plumbing Water Distribution (inside building):**

Copper

**Washer Drain Size:**

2" Diameter

**Sanitary Sewer:**

Public sewer system

**Plumbing Waste:**

AGED

**Water Heater Power Source:**

None (Boiler only)

**Comments:**

**J&P Professional Property Inspections**                                    **Pentecostal**

**6.0** (1) Old galvanized and cast iron drainage was noted in basement of older portion of property at time of inspection. Repairs / replacement of age drainage should be anticipated at some point in the future. Recommend having a licensed plumber further evaluate and repair as needed.(Picture 1)(Picture 2)(Picture 3)(Picture 4)



6.0 Picture 1 aged drains



6.0 Picture 2 leaking corroded components

**J&P Professional Property Inspections**

**Pentecostal**



6.0 Picture 3 old drains



6.0 Picture 4 aged drains

**J&P Professional Property Inspections**                                   **Pentecostal**

(2) The toilet is loose at floor at the bath. Repairs may involve re-setting the toilet on a new wax seal. I recommend a qualified licensed plumber repair or correct as needed.(Picture 3)



6.0 Picture 5 loose toilet

**J&P Professional Property Inspections**                                                          **Pentecostal**

---

## 7. Electrical System for Building

**The Inspector should inspect:** The service drop/lateral. The meter socket enclosures. The service entrance conductors and report on any noted conductor insulation or cable sheath deterioration. The means for disconnecting the service main. The service entrance equipment and report on any noted physical damage, overheating, or corrosion. And determine the rating of the service amperage. Panelboards and overcurrent devices and report on on any noted physical damage, overheating, corrosion, or lack of accessibility or working space (minimum 30 inches wide, 36 inches deep, 78 inches high in front of panel) that would hamper safe operation, maintenance or inspection. And report on any unused circuit breaker panel openings that are not filled. The service grounding and bonding. A representative number of switches, receptacles, lighting fixtures and AFCI receptacles.  Although a visual inspection, the removal of faceplates or other covers or luminaires (fixtures) to identify suspected hazards is permitted. And report on any noted missing or damaged faceplates or box covers. And report on any noted open junction boxes or open wiring splices. **The inspector is not required to:** And report on any noted switches and receptacles that are painted. And test a representative sample of Ground Fault Circuit Interrupter (GFCI) devices and GFCI circuit breakers observed and deemed to be GFCI's during the inspection using a GFCI tester. And report the presence of solid conductor aluminum branch circuit wiring if readily visible. And report on any tested GFCI receptacles in which power was not present, polarity is incorrect, the cover is not in place, the ground fault circuit interrupter devices are not installed properly or do not operate properly, any evidence of arcing or excessive heat, or where the receptacle is not grounded or is not secured to the wall. And report the absence of smoke detectors. And report on the presence of flexible cords being improperly used  as substitutes for the fixed wiring of a structure or running through walls, ceilings, floors, doorways, windows, or under carpets. **The inspector is not required to:.** Insert any tool, probe or device into the main panelboard, sub-panels, subpanels, distribution panelboards, or electrical fixtures. Operate electrical systems that are shut down. Remove panelboard cabinet covers or dead front covers if they are not readily accessible. Operate overcurrent protection devices. Operate non-accessible smoke detectors. Measure or determine the amperage or voltage of the main service equipment if not visibly labeled. Inspect the fire or alarm system and components. Inspect the ancillary wiring or remote control devices. Activate any electrical systems or branch circuits which are not energized. Operate or reset overload devices. Inspect low voltage systems, electrical de-icing tapes, swimming pool wiring or any time-controlled devices. Verify the service ground. Inspect private or emergency electrical supply sources, including but not limited to generators, windmills, photovoltaic solar collectors, or battery or electrical storage facility. Inspect spark or lightning arrestors. Inspect or test de-icing equipment. Conduct voltage drop calculations. Determine the accuracy of labeling. Inspect tenant owned equipment. Inspect the condition of or determine the ampacity of extension cords.

|   |   | IN | NI | NP | RR |
|---|---|----|----|----|----|
| 7.0 | SERVICE DROP/LATERAL AND ENTRANCE CONDUCTORS | X |  |  |  |
| 7.1 | METER SOCKET PANEL, SERVICE GROUNDING AND BONDING, MAIN DISCONNECT, MAIN AND DISTRIBUTION PANELS | X |  |  |  |
| 7.2 | SERVICE MAIN AND DISTRIBUTION PANELS (location and means to disconnect) | X |  |  |  |
| 7.3 | PANEL BOARDS, CIRCUIT BREAKERS AMPERAGE AND VOLTAGE |  |  |  | X |
| 7.4 | FIXTURES, WIRING, SWITCHES AND RECEPTACLES (representative number inspected) | X |  |  |  |
| 7.5 | OPERATION OF GFCI (GROUND FAULT CIRCUIT INTERRUPTERS) |  |  | X |  |
| 7.6 | SMOKE DETECTORS |  |  | X |  |
| 7.7 | CARBON MONOXIDE DETECTORS |  |  | X |  |

**IN NI NP RR**

**Styles & Materials**

**Electrical Service Conductors:**
Below ground

**Panel capacity:**
Adequate

**Panel Type:**
Circuit breakers

**Electric Panel Manufacturer:**
AGED

**Branch wire 15 and 20 AMP:**
Copper

**Wiring Methods:**
Conduit

IN=Inspected, NI=Not Inspected, NP=Not Present, RR=Repair or Replace

**Comments:**

---

**20 Demarest Avenue**

**J&P Professional Property Inspections**                                     **Pentecostal**

**7.3** Older breakers and fuses was fuses were noted at time of inspection. Upgrade / replacements should be anticipated in future. Recommend having a licensed electrician further evaluate and replace as needed.(Picture 1)(Picture 2)



7.3 Picture 1 aged breakers



7.3 Picture 2 old fuses

**J&P Professional Property Inspections**                                    **Pentecostal**

---

## 8.  Interior, Windows and Doors

**The inspector should:** Open and close a representative number of doors and windows. Inspect the walls, ceilings, steps, stairways, and railings. Inspect garage doors and garage door openers. Inspect interior steps, stairs, and railings. Inspect all loading docks. Ride all elevators and escalators. And report as in need of repair any windows that are obviously fogged or display other evidence of broken seals. **The inspector is not required to:** Inspect paint, wallpaper, window treatments or finish treatments. Inspect central vacuum systems. Inspect safety glazing. Inspect security systems or components. Evaluate the fastening of countertops, cabinets, sink tops and fixtures, or firewall compromises. Move furniture, stored items, or any coverings like carpets or rugs in order to inspect the concealed floor structure. Move drop ceiling tiles. Inspect or move any appliances. Inspect or operate equipment housed in the garage except as otherwise noted. Verify or certify safe operation of any auto reverse or related safety function of a garage door. Operate or evaluate any security bar release and opening mechanisms, whether interior or exterior, including their compliance with local, state, or federal standards. Operate any system, appliance or component that requires the use of special keys, codes, combinations, or devices. Operate or evaluate self-cleaning oven cycles, tilt guards/latches, gauges, or signal lights. Inspect microwave ovens or test leakage from microwave ovens. Operate or examine any sauna, steam-jenny, kiln, toaster, ice-maker, coffee-maker, can-opener, bread-warmer, blender, instant hot water dispenser, or other ancillary devices. Inspect elevators. Inspect remote controls. Inspect appliances. Inspect items not permanently installed. Examine or operate any above-ground, movable, freestanding, or otherwise non-permanently installed pool/spa, recreational equipment or self-contained equipment. Come into contact with any pool or spa water in order to determine the system structure or components. Determine the adequacy of spa jet water force or bubble effect. Determine the structural integrity or leakage of a pool or spa. Determine combustibility or flammability. Inspect tenant owned equipment or personal property.

| | | IN | NI | NP | RR |
|---|---|---|---|---|---|
| 8.0 | CEILINGS | | | | X |
| 8.1 | WALLS | X | | | |
| 8.2 | FLOORS | | | | X |
| 8.3 | DOORS (REPRESENTATIVE NUMBER) | X | | | |
| 8.4 | WINDOWS (REPRESENTATIVE NUMBER) | X | | | |
| 8.5 | STEPS, STAIRWAYS, BALCONIES AND RAILINGS | | | | X |
| 8.6 | GARAGE DOOR (s) LOADING DOCK (s) | | | X | |

**Styles & Materials**

**Ceiling Materials:**
Plaster

**Wall Material:**
Sheetrock

**Floor Covering(s):**
Old 9" square tile (possible asbestos)

**Interior Doors:**
Solid

**Window Types:**
Single pane

IN=Inspected, NI=Not Inspected, NP=Not Present, RR=Repair or Replace

**Comments:**

---

**J&P Professional Property Inspections**                                    **Pentecostal**

**8.0** Significant leak damage was noted throughout entire top floor at time of inspection. Repair finishes as needed.(Picture 1)(Picture 2)(Picture 3)(Picture 4)(Picture 5)



8.0 Picture 1 leak damae



8.0 Picture 2 leak damage

**J&P Professional Property Inspections**

**Pentecostal**



8.0 Picture 3 leak damage



8.0 Picture 4 leak damage

**J&P Professional Property Inspections**                    **Pentecostal**



8.0 Picture 5 leak damage

**J&P Professional Property Inspections**                                    **Pentecostal**

**8.2** Cracked damaged asbestos tiles were noted on top floor at time of inspection. Replace as needed.(Picture 1)(Picture 2)(Picture 3)



8.2 Picture 1 damaged floor tiles



8.2 Picture 2 floor damage

**J&P Professional Property Inspections**                                    **Pentecostal**



8.2 Picture 3 floor damage

**8.5** Loose unsecured railing was noted older portion of property at time of inspection. Repair as needed.(Picture 1)



8.5 Picture 1 loose railing

*Prepared Using HomeGauge http://www.HomeGauge.com* : Licensed To J&P Professional Property Inspections

**20 Demarest Avenue**                                                       Page 26 of 33

**J&P Professional Property Inspections**

**Pentecostal**

# General Summary



**J&P Professional Property Inspections**

**160-55 27th Avenue**
**Flushing, NY 11358**
**646-261-0203**

**Customer**
Concilio Iglesia de Dios Pentecostal

**Address**
20 Demarest Avenue
Nanuet NY 10954

InterNachi Commercial SOP Limitations:

An inspection is not technically exhaustive. An inspection will not identify concealed or latent defects. An inspection will not deal with aesthetic concerns or what could be deemed matters of taste, cosmetic defects, etc. An inspection will not determine the suitability of the property for any use. An inspection does not determine the market value of the property or its marketability. An inspection does not determine the insurability of the property. An inspection does not determine the advisability or inadvisability of the purchase of the inspected property. An inspection does not determine the life expectancy of the property or any components or systems therein. An inspection does not include items not permanently installed. These Standards of Practice apply only to commercial properties. Exclusions: *The inspectors are not required to determine:* Property boundary lines or encroachments. The condition of any component or system that is not readily accessible. The service life expectancy of any component or system. The size, capacity, BTU, performance, or efficiency of any component or system. The cause or reason of any condition. The cause of the need for repair or replacement of any system or component. Future conditions. The compliance with codes or regulations. The presence of evidence of rodents, animals or insects. The presence of mold, mildew or fungus. The presence of air-borne hazards. The presence of birds. The presence of other flora or fauna. The air quality. The presence of asbestos. The presence of environmental hazards. The presence of electro-magnetic fields. The presence of hazardous materials including, but not limited to, the presence of lead in paint. Any hazardous waste conditions. Any manufacturer's recalls or conformance with manufacturer's installation or any information included for consumer protection purposes. Operating costs of systems. Replacement or repair cost estimates. The acoustical properties of any systems. Estimates of the cost of operating any given system. Resistance to wind, hurricanes, tornados, earthquakes or seismic activities. Geological or soil conditions or stability. Americans with Disabilities Act compliance. *The inspectors are not required to operate:* Any system that is shut down. Any system that does not function

**J&P Professional Property Inspections**                                **Pentecostal**

properly. Or evaluate low voltage electrical systems such as, but not limited to: Phone lines. Cable lines. Antennae. Lights. Remote controls. Any system that does not turn on with the use of normal operating controls. Any shut off valves or manual stop valves. Any electrical disconnect or over current protection devices. Any alarm systems. Moisture meters, gas detectors or similar equipment. Sprinkler or fire suppression systems.*The inspectors are not required to:* Move any personal items or other obstructions, such as, but not limited to: Throw rugs. Furniture. Floor or wall coverings. Ceiling tiles. Window coverings. Equipment. Plants. Ice. Debris. Snow. Water. Dirt. Foliage. Pets. Dismantle, open, or uncover any system or component. Enter or access any area which may, in the opinion of the inspector, be unsafe. Enter crawlspaces or other areas that are unsafe or not readily accessible. Inspect or determine the presence of underground items such as, but not limited to, underground storage tanks, whether abandoned or actively used. Do anything which, in the inspector's opinion, is likely to be unsafe or dangerous to the inspector or others or damage property, such as, but not limited to, walking on roof surfaces, climbing ladders, entering attic spaces or interacting with pets or livestock. Inspect decorative items. Inspect common elements or areas in multi-unit housing. Inspect intercoms, speaker systems, radio-controlled, security devices or lawn irrigation systems. Offer guarantees or warranties. Offer or perform any engineering services. Offer or perform any trade or professional service other than commercial property inspection. Research the history of the property, report on its potential for alteration, modification, expandability, or its suitability for a specific or proposed use for occupancy. Determine the age of construction or installation of any system structure, or component of a building, or differentiate between original construction and subsequent additions, improvements, renovations or replacements thereto. Determine the insurability of a property. Perform or offer Phase 1 environmental audits. Inspect on any system or component which is not included in these standards.

## 1. Roof, Attic and Ventilation

**1.3     ROOF DRAINAGE SYSTEMS**

**Repair or Replace**

Loose unsecured gutter was noted on portion of gable roof at time of inspection. Repair as needed.(Picture 1)

## 2. Exterior

**2.4     WINDOWS (a representative number)**

**Repair or Replace**

Majority of windows were original single pane windows with older deteriorated caulking at time of inspection. Replace / upgrade as needed.(Picture 1)

**2.6     GENERAL TOPOGRAPHY, PARKING AREAS AND SIDEWALKS**

**Repair or Replace**

Damaged deteriorated asphalt parking area was noted at time of inspection. Repair / replace asphalt as needed.(Picture 1)(Picture 2)

## 4. Heating and Ventilation

**4.3     DISTRIBUTION SYSTEMS (including fans, pumps, ducts and piping, with supports, insulation, registers, radiators, fan coil units and convectors)**

**Repair or Replace**

Asbestos insulation was noted in crawl space at time of inspection. Recommend properly abating and disposing of as needed.(Picture 1)(Picture 2)

## 5. Cooling

**5.0     COOLING AND AIR HANDLER EQUIPMENT**

**Inspected**

The condenser outside (AC unit) are old and worked at time of inspection, Units may last a few years more, but maybe not. I have seen units fail shortly after a building inspection during the seasonal change from mild to hot weather. I cannot determine how long your AC will last before a replacement is necessary.(Picture 1)

**J&P Professional Property Inspections**                                                    **Pentecostal**

## 6. Plumbing

6.0    **PLUMBING DRAIN, WASTE AND VENT SYSTEMS**

**Repair or Replace**

(1) Old galvanized and cast iron drainage was noted in basement of older portion of property at time of inspection. Repairs / replacement of age drainage should be anticipated at some point in the future. Recommend having a licensed plumber further evaluate and repair as needed.(Picture 1)(Picture 2)(Picture 3)(Picture 4)

## 7. Electrical System for Building

7.3    **PANEL BOARDS, CIRCUIT BREAKERS AMPERAGE AND VOLTAGE**

**Repair or Replace**

Older breakers and fuses was fuses were noted at time of inspection. Upgrade / replacements should be anticipated in future. Recommend having a licensed electrician further evaluate and replace as needed.(Picture 1)(Picture 2)

## 8. Interior, Windows and Doors

8.0    **CEILINGS**

**Repair or Replace**

Significant leak damage was noted throughout entire top floor at time of inspection. Repair finishes as needed.(Picture 1)(Picture 2)(Picture 3)(Picture 4)(Picture 5)

8.2    **FLOORS**

**Repair or Replace**

Cracked damaged asbestos tiles were noted on top floor at time of inspection. Replace as needed.(Picture 1)(Picture 2)(Picture 3)

8.5    **STEPS, STAIRWAYS, BALCONIES AND RAILINGS**

**Repair or Replace**

Loose unsecured railing was noted older portion of property at time of inspection. Repair as needed.(Picture 1)

---

*Prepared Using HomeGauge http://www.HomeGauge.com : Licensed To J&P Professional Property Inspections*

**J&P Professional Property Inspections**                                    **Pentecostal**



# INVOICE

**J&P Professional Property Inspections**
160-55 27th Avenue
**Flushing, NY 11358**
**646-261-0203**
Inspected By:  **John C. Zabala NYS License**
**#16000016647**

**Inspection Date:** 6/19/2018
**Report ID:**

| Customer Info: | Inspection Property: |
|---|---|
| Concilio Iglesia de Dios Pentecostal | 20 Demarest Avenue |
| | Nanuet NY 10954 |
| **Customer's Real Estate Professional:** | |

**Inspection Fee:**

| Service | Price | Amount | Sub-Total |
|---|---|---|---|
| Commercial Property | 1000.00 | 1 | 1000.00 |
| Inspection Discount | -250.00 | 1 | -250.00 |

**Tax $0.00**
**Total Price $750.00**

**Payment Method:** Credit Card
**Payment Status:** Paid in Full At Time Of Inspection
**Note:** Good Luck! Thank You for your Business.

**20 Demarest Avenue**                                          Page 30 of 33

**J&P Professional Property Inspections**                    **Pentecostal**



The address of the property is: 20 Demarest Avenue Nanuet NY 10954

Fee for the home inspection is $750.00. INSPECTOR acknowledges receiving a deposit of $ from CLIENT.

THIS AGREEMENT made on 6/19/2018 by and between John C. Zabala NYS License #16000016647 (Hereinafter "INSPECTOR") and the undersigned (hereinafter "CLIENT"), collectively referred to herein as "the parties." The Parties Understand and Voluntarily Agree as follows:

1. INSPECTOR agrees to perform a visual inspection of the home/building and to provide CLIENT with a written inspection report identifying the defects that INSPECTOR both observed and deemed material. INSPECTOR may offer comments as a courtesy, but these comments will not comprise the bargained-for report. The report is only supplementary to the seller's disclosure.

2. Unless otherwise inconsistent with this Agreement or not possible, INSPECTOR agrees to perform the inspection in accordance to the current Standards of Practice of the National Association of Certified Home Inspectors posted at http://www.nachi.org/sop.htm. CLIENT understands that these standards contain certain limitations, exceptions, and exclusions.

3. The inspection and report are performed and prepared for the use of CLIENT, who gives INSPECTOR permission to discuss observations with real estate agents, owners, repairpersons, and other interested parties. INSPECTOR accepts no responsibility for use or misinterpretation by third parties. INSPECTOR'S inspection of the property and the accompanying report are in no way intended to be a guarantee or warranty, express or implied, regarding the future use, operability, habitability or suitability of the home/building or its components. Any and all warranties, express or implied, including warranties of merchantability and fitness for a particular purpose, are expressly excluded by this Agreement.

4. INSPECTOR assumes no liability for the cost of repair or replacement of unreported defects or deficiencies either current or arising in the future. CLIENT acknowledges that the liability of INSPECTOR, its agents, employees, for claims or damages, costs of defense or suit, attorney's fees and expenses and payments arising out of or related to the INSPECTOR'S negligence or breach of any obligation under this Agreement, including errors and omissions in the inspection or the report, shall be limited to liquidated damages in an amount equal to the fee paid to the INSPECTOR, and this liability shall be exclusive. CLIENT waives any claim for consequential, exemplary, special or incidental

**J&P Professional Property Inspections**                                      **Pentecostal**

damages or for the loss of the use of the home/building even if the CLIENT has been advised of the possibility of such damages. The parties acknowledge that the liquidated damages are not intended as a penalty but are intended (i) to reflect the fact that actual damages may be difficult and impractical to ascertain; (ii) to allocate risk among the INSPECTOR and CLIENT; and (iii) to enable the INSPECTOR to perform the inspection at the stated fee.

5. INSPECTOR does not perform engineering, architectural, plumbing, or any other job function requiring an occupational license in the jurisdiction where the inspection is taking place, unless the inspector holds a valid occupational license, in which case he/she may inform the CLIENT that he/she is so licensed, and is therefore qualified to go beyond this basic home inspection, and for additional fee, perform additional inspections beyond those within the scope of the basic home inspection. Any agreement for such additional inspections shall be in a separate writing or noted here:

_____.

6. In the event of a claim against INSPECTOR, CLIENT agrees to supply INSPECTOR with the following: (1) Written notification of adverse conditions within 14 days of discovery, and (2) Access to the premises. Failure to comply with the above conditions will release INSPECTOR and its agents from any and all obligations or liability of any kind.

7. The parties agree that any litigation arising out of this Agreement shall be filed only in the Court having jurisdiction in the County in which the INSPECTOR has its principal place of business. In the event that CLIENT fails to prove any adverse claims against INSPECTOR in a court of law, CLIENT agrees to pay all legal costs, expenses and fees of INSPECTOR in defending said claims.

8. If any court declares any provision of this Agreement invalid or unenforceable, the remaining provisions will remain in effect. This Agreement represents the entire agreement between the parties. All prior communications are merged into this Agreement, and there are no terms or conditions other than those set forth herein. No statement or promise of INSPECTOR or its agents shall be binding unless reduced to writing and signed by INSPECTOR. No change or modification shall be enforceable against any party unless such change or modification is in writing and signed by the parties. This Agreement shall be binding upon and enforceable by the parties and their heirs, executors, administrators, successors and assignees. CLIENT shall have no cause of action against INSPECTOR after one year from the date of the inspection.

9. Payment of the fee to INSPECTOR (less any deposit noted above) is due upon completion of the on-site inspection. The CLIENT agrees to pay all legal and time expenses incurred in collecting due payments, including attorney's fees, if any. If CLIENT is a corporation, LLC, or similar entity, the person signing this Agreement on behalf of such entity does personally guaranty payment of the fee by the entity.

10. HOLD HARMLESS AGREEMENT: CLIENT agrees to hold any and all real estate agents involved in the purchase of the property to be inspected harmless and keep them exonerated from all loss, damage, liability or expense occasioned or claims by reason of acts or neglects of the INSPECTOR or his employees or visitors or of independent contractors engaged or paid by INSPECTOR for the purpose of inspecting the subject home.

CLIENT HAS CAREFULLY READ THE FOREGOING, AGREES TO IT, AND ACKNOWLEDGES RECEIPT OF A COPY OF THIS AGREEMENT.


_____          _____
FOR INSPECTOR                               CLIENT OR REPRESENTATIVE


**20 Demarest Avenue**                                               Page 32 of 33

**J&P Professional Property Inspections**

**Pentecostal**