# EXHIBIT FFF



**Town of Clarkstown**
@TownOfClarkstown

- Home
- About
- Photos
- Notes
- Videos
- Events
- Posts
- Community

Create a Page

 **Town of Clarkstown**
January 24 at 2:20 PM

Earlier today, NYS Supreme Court Justice Paul Marx approved the sale of Grace Baptist Church to the Town of Clarkstown. Supervisor Hoehmann signed the closing papers this afternoon in Town Hall. The Town of Clarkstown officially owns Grace Baptist Church!



130     18 Comments  46 Shares

Like    Comment    Share

Oldest ▼

 **Aidan Rowan** Huge Win!
1w

 **Alexis Leoutsakos** great news
1w

 **Terri Kent Pascarella** Not necessarily a win or a lose. If the first guy couldn't pay for it, it can then be sold to the next person in line.
1w                                                                        1

 **Tracey Eliason** For what purposes does the Clarkstown government need a church??
1w

 **Daniel Duffy** Tracey Eliason you must be new
1w                                                                         2



**Town of Clarkstown**
@TownOfClarkstown

- Home
- About
- Photos
- Notes
- Videos
- Events
- Posts
- Community

Create a Page

 Like  Share

**Daniel Duffy** Tracey Eliason you must be new
1w  👍 2

**Richard A Feldman** Daniel Duffy, why don't you answer the question.
1w  👍 1

**Bill Tamasco** Richard A Feldman If you live in Nanuet or Ckarkstown you should know . If you don't you can read the paper or goggle it. If you don't live here then do the research because it could happen to a neighbor near you. 😎
1w

**Karen Miller Burke** Awesome! Can't wait to see what the future holds for that land.
1w

**Maureen Flynn Finnegan** What will it be used for?
1w

**Kevin Fitzpatrick** Clarkstown property taxes continue to rise and you can't take off your federal taxes. Tell the supervisor to stop wasting money.
1w  ❤ 1

**Elaine Apfelbaum** CONGRATS
1w  👍 1

**Sean Hart** Nice job!
1w

**Mike Carey** Unlike many properties, this property has so much potential to be valuable to the people of Nanuet and Clarkstown. It is literally in the town and actually borders the new TOD properties. A block off of Main Street with parking allows folks to walk to the train or our Main Street businesses which definitely need a boost. Thank you for investing in the Downtown Nanuet !!
1w  👍 6

**Kevin McCahill** Nanuet Union Free School District is so excited to welcome Clarkstown Community George Hoehmann to the neighborhood!
1w  👍 2

**Chris Dempsey** I would like an answer though, as to the plans for the property now that Clarkstown owns it....
1w

**Kerry Kelly** The Town Of Clarkstown has an approved redevelopment Master Plan for Nanuet. This "Transit Hub" centers



**Town of Clarkstown**
@TownOfClarkstown

- Home
- About
- Photos
- Notes
- Videos
- Events
- Posts
- Community

Create a Page



neighborhood!

1w

 2

 **Chris Dempsey** I would like an answer though, as to the plans for the property now that Clarkstown owns it....

1w

 **Kerry Kelly** The Town Of Clarkstown has an approved redevelopment Master Plan for Nanuet. This "Transit Hub" centers around Main Street and the train station. It is in the best interest of all stakeholders that this property is utilized for its "highest and best use". Clarkstown and Nanuet would like to see better coordination between the train station and Main Street whereby commuters, merchants and property owners optimize utilization, commerce, and flow. Some factors considered as part of a Master Plan are traffic, pedestrian and commuter flow, population density, infrastructure, impact, design, economics. The Master Plan is public information and available in New City. This redevelopment will take some time, but steps are underway such as transition of the properties at the bottom of Prospect. Mixed Use Transit Hubs have been very effective urban and suburban revitalization strategies.

1w  1

 **Anthony Papa** This is Great news!

1w

 **Marie A. Capasso** Such amazing news!

1w



**Clarkstown - What They Don't Want You To Know**
@CTWTDWYTK

- Home
- Posts
- Videos
- Photos
- About
- Community
- Events

Create a Page

---

 **Clarkstown - What They Don't Want You To Know**
January 24 at 2:39 PM

The Town of Clarkstown Has Closed On The Purchase Of Grace Baptist Church.

The purchase was completed today hours after a judge signed an order approving the transaction.



LOHUD.COM
**Nanuet: Clarkstown buys Grace Baptist Church**
The Town of Clarkstown has closed on its purchase of Grace Baptist...

 134    24 Comments  13 Shares

 Like     Comment     Share

Oldest ▼

 Vicki Veraldo Foran 🤚🤚🤚🤚🤚
1w                                       4

 ✏ Author
Clarkstown - What They Don't Want You To Know The paperwork has been signed.


1w                                      👍 5

 James Flynn Can we bring up the Private Schools frivolous lawsuit



**Clarkstown - What They Don't Want You To Know**
@CTWTDWYTK

- Home
- Posts
- Videos
- Photos
- About
- Community
- Events

Create a Page

**James Flynn** Can we bring up the Private Schools frivolous lawsuit at the next Supervisors kumbaya session as an example of why there are tensions in the county?
1w · Edited — 20

**Virginia M Barrett** James Flynn and frivolous lawsuits should also make the plaintiff pay court fees
1w — 4

**Bruno Terilli** James Flynn agreed!
1w — 1

**Eileen Grossman** Considering the school offered more money for the church I would also like to hear WHY the town bought it instead.. well, I dont live in Ckarkstown, so my taxes wont go up to pay for it. Good luck
1w

**Eileen Grossman** Virginia M Barrett who said the lawsuit was frivolous
1w

**Jill McDermott** Eileen Grossman even though the school offered more money, there is proof of how they have been taking care of their other school properties. If they have all this money, to start with, why not bring the other schools up to code, before purchasing others... just curious
1w · Edited

⊕ Top Fan
**Kathleen A Murtha** Thank God!
1w

**Theresa DeSantis Altomare** Excellent!
1w — 1

**Linda Mattson** Amen!!
1w

**Anne Cassano Genovesi** 👐👐
1w

⊕ Top Fan
**Veronica Hearney** Sorry... I sense another lawsuit brewing. Any time a town acquires land or a building the Hasidic or Orthodox is eying, there comes the lawsuits backed by the RLUIPA defense.
1w · Edited — 5

**Susan Romeo** Veronica Hearney yup the chosen !



**Town Of Ramapo Community**

Public group

About

Discussion

Members

Events

Videos

Photos

Files

Recommendations

Watch Party

Search this group

+ Join Group    ··· More    Join this group to post and c

 **Steve Lieberman** shared a link.
January 24 at 6:00 PM



LOHUD.COM
**Nanuet: Clarkstown buys Grace Baptist Church**
The Town of Clarkstown has closed on its purchase of Grace Baptist...

 9    5 Comments  3 Shares

 Like     Comment    Share

 **Kristen Ann** thank goodness dodged a BIG bullet
1w                                                             1


**Jeffrey Genser** would that be a .45 or 9MM? Asking for a friend. Can you be more specific?
1w  Edited

 **Kristen Ann** Jeffrey Genser 950 JDJ
1w

 **Jeffrey Genser** Kristen Ann ahh, the SSK. I see.
1w

 **Kristen Ann** Jeffrey Genser yes I love my ssk baseball glove thanks
1w