# EXHIBIT  3

Case 7:20-cv-01399-NSR Document 1-62 Filed 02/18/20 Page 2 of 4

# **Patch**

| News Feed | Neighbor Posts | Classifieds | Calendar |
| --- | --- | --- | --- |

Politics & Government

# Clarkstown Buys Church Land On Mountainview Road

Town officials said the purchase will prevent over-development.

By Lanning Taliaferro, Patch Staff
Nov 2, 2017 12:40 pm ET | Updated Nov 2, 2017 3:11 pm ET

Like 49    Share 



NEW CITY, NY — The Town of Clarkstown will purchase 4.3 acres of property owned by St. Peter's Syro-Malankara Catholic Church, Supervisor George Hoehmann announced Thursday. Town officials said they want to prevent a negative impact on neighbors, protect wetlands, and preserve open space.

"Preserving our environment and the bucolic nature of Clarkstown has been a hallmark of my administration," Hoehmann said in the announcement. "From increasing code enforcement to passing our No Knock Law, today's agreement is another bold step in protecting Clarkstown from overdeveloping residential neighborhoods while protecting the quality of life our residents demand and deserve."

The purchase of the property prevents the development of a 10,925 square foot structure and a parking lot for 55 spaces, while additionally protecting 2.357 acres of wetlands, Hoehmann said.

Subscribe

"Today's announcement is a true victory for preservation and conservation," said Tina Traster, Founding Member of the Mountainview Avenue Preservation Group. "Mountainview Avenue is a special road that should be protected from the impacts of future development and our members could not be more excited about the open space we have to look forward to."

Under the deal the town will purchase the 4.3 acres for $235,000 and develop nature trails that connect to the Long Path and integrate into Mountainview Nature Park.

"I want to thank Supervisor Hoehmann and his staff for their tireless efforts to preserve the residential nature of Mountainview Avenue," said Joy Walen, a member of the Mountainview Avenue Preservation Group. "Today's deal is the step in the right direction to protect what all of us have come to call home."

Reply to this article >

## More from New City, NY

News | 4h


**Funeral Home Shooting; New Commuter Line Into NYC; Unsafe Water**

News | 1d

**Hudson Valley Crime Roundup: Accused Sex Trafficking Dad**



News | 1d

 **Albany Talking About Reforming Bail Reform [POLL]**

See more on Patch >

Sign up for free local newsletters and alerts for the
**New City, NY Patch**

Patch.com is the nationwide leader in hyperlocal news.
Visit Patch.com to find your town today.

©2020 Patch Media. All Rights Reserved