# EXHIBIT 8

# Nanuet: Town, school district exploring Grace Baptist Church purchase

**Robert Brum**, The Journal News    Published 6:30 p.m. ET June 4, 2019 | Updated 7:04 p.m. ET June 4, 2019

NANUET — The town of Clarkstown and Nanuet school district are teaming up to explore the possibility of buying the historic Grace Baptist Church property for shared purposes.

Clarkstown Supervisor George Hoehmann said the town was weighing several potential options for the site, including senior housing, as well a performing arts space operated by a third party.

Hoehmann and Don Franchino, a Town Board member, toured the building Monday with two school board members, district administrators and an representative from KSQ Architects.

He sees the property's use as linked to the proposed transit oriented development at the nearby train station.

"I am excited about the prospects for the acquisition of Grace Baptist Church," Hoehmann said Tuesday. "All options are on the table and I look forward to the involvement of the school district and potentially the private sector to create something unique for the benefit of all residents."



Buy Photo

**Grace Baptist Church in Nanuet, photographed on Thursday, November 16, 2017, is up for sale.** *(Photo: John Meore/The Journal News)*

Ma adr ...n engineer perform an architectural review to help the Board of Education and

1 free article left.
Only $1 for 3 months. Save 97%.

"It is our understanding that the town is moving forward with an appraisal of the property and the District is hopeful of a partnership with the town in regard to a purchase of the property," McNeill said in a statement. He would not elaborate on potential uses.

The Demarest Avenue property includes two fellowship halls, a pair of sanctuaries, offices and a Sunday school.

The two-acre property went back on the market for $4.9 million in mid-May after the prospective buyer, Ateres Bais Yaakov Academy of Rockland and its dean, Rabbi Aaron Fink, failed to close on the deal.

### Get the Daily Briefing newsletter in your inbox.

Start your day with the morning's top news

Delivery: Daily

Your Email

Paul Adler, chief strategy officer for Rand Commercial, the listing broker, welcomed the collaborative efforts of the town and school district.

But Adler said the church's owners had several other potential buyers, including a developer and another church, and "we hope the town of Clarkstown and Nanuet School district can move expeditiously."

Buy Photo



Grace Baptist Church in Nanuet, photographed on Thursday, November 16, 2017, is up for sale. *(Photo: John Meore/The Journal News)*

## History and back story

The congregation first put the 150-year-old church up for sale in late 2017 amid dwindling attendance.

The pending sale to Ateres met immediate resistance neighbors who packed public meetings. Residents' complaints centered on traffic and overcrowding concerns in the busy Church Street corridor that is home to the Nanuet public schools, although Fink attributed some of the opposition to religious bias.

A planned closing last winter stalled amid funding challenges and haggling with Clarkstown's building inspector over the permit application.

### Read more on this topic:

Nanuet: Historic church on market for $6 million (/story/news/local/rockland/clarkstown/2017/11/17/nanuet-historic-church/867227001/)

1 free article left.
Only $1 for 3 months. Save 97%.

/

**Nanuet: Grace Baptist Church terminates sale to Ateres Bais Yaacov (/story/news/local/rockland/nanuet/2019/05/16/grace-baptist-church-terminates-sale-yeshiva-nanuet/3665127002/)**

*Twitter: @Bee_bob (https://twitter.com/Bee_Bob)*

Read or Share this story: https://www.lohud.com/story/news/local/rockland/nanuet/2019/06/04/nanuet-town-school-district-exploring-grace-baptist-church-purchase/1342961001/

**1** free article left.
**Only $1 for 3 months. Save 97%.**

/