# EXHIBIT 11

2/16/2020 — Blessing of St. Peter's Syro-Malankara Catholic Church Rockland | St. Mary, Queen of Peace Syro-Malankara Catholic Eparchy in USA a…

Case 7:20-cv-01399-NSR   Document 1-70   Filed 02/18/20   Page 2 of 5

# St. Mary, Queen of Peace Syro-Malankara Catholic Eparchy in USA and Ca

Home    Bishop    Eparchy    Administration    Liturgy    Ministries    Contact Us

Home » Blessing of St. Peter's Syro-Malankara Catholic Church Rockland

## Blessing of St. Peter's Syro-Malankara Catholic Church Rockland

**Posted on:** 1 January 2020



A long-cherished dream of St. Peter's Syro-Malankara Catholic Parish, one of the three New York-based parishes in the Eparchy, is blessed with a beautiful place of worship of its own in Rockland county. The parish community has been able to purchase the historic Greenbush Presbyterian Church in Blauvelt, NY. The blessing of the newly renovated Church and the Holy Qurbono was celebrated on November 23, 2019. The Holy Mass was presided over by His Excellency the Most Rev. Dr. Philipos Mar Stephanos, the Bishop of the Eparchy, and His Excellency Most Rev. Dr. Thomas Mar Eusebius, Bishop of the Eparchy of Parassala, and His Excellency Most Rev. Dr. Yoohanon Mar Chrysostom, Bishop Emeritus of the Eparchy of Pathanamthitta were concelebrants. Rev. Fr. Sunny Matthew, the former vicar, Rt. Rev. Peter Kochery Corepiscopo, Very Rev. Fr. Saji Mukkoot, and many priests of the Eparchy along with several priests from the neighbouring parishes were present. At the conclusion of the Holy Mass, His Excellency Mar Stephanos congratulated the St. Peter's parish community for this great achievement and thanked the community for the depth of faith and courage witnessed in realizing this project. Congratulations to Rt. Rev. Augustine Mangalath Corepiscopo and all the parishioners of St. Peter's Malankara Catholic Church Rockland.

2/16/2020, Blessing of St. Peter's Syro Malankara Catholic Church, Rockland | St Mary, Queen of Peace Syro Malankara Catholic Eparchy in USA a…

Case 7:20-cv-01399-NSR   Document 1-70   Filed 02/18/20   Page 3 of 5





2/16/2020 Blessing of St. Peter's Syro-Malankara Catholic Church, Rockland | St. Mary, Queen of Peace Syro-Malankara Catholic Eparchy in USA a… 

Case 7:20-cv-01399-NSR Document 1-70 Filed 02/18/20 Page 4 of 5





**STAY IN TOUCH**

Mailing Address:
Eparchial Chancery
1500 De Paul Street
Elmont, NY 11003
United States of America

**CONTACT US**

Are you a Malankara Catholic living in North America? CONTACT US and let us know, so that we can connect with you.

Case 7:20-cv-01399-NSR Document 1-70 Filed 02/18/20 Page 5 of 5

**Phone:** (516) 233-1656
**Fax:** (516) 616-0727

4/4

Copyright © 2020, St. Mary, Queen of Peace Syro-Malankara Catholic Eparchy in USA and Canada.