# EXHIBIT 13

# Nanuet: What's next for Grace Baptist Church? 5 things to know

**Robert Brum**, Rockland/Westchester Journal News    Published 9:41 a.m. ET Jan. 30, 2020 | **Updated 12:11 p.m. ET Jan. 30, 2020**

Buy Photo



**Grace Baptist Church in Nanuet, photographed on Thursday, November 16, 2017.** *(Photo: John Meore/The Journal News)*

NANUET — Now that Clarkstown has closed on its $4.55 million purchase of Grace Baptist Church, what are the next steps in determining the historic property's future?

Here's what's next for the three-acre church property on the hill on Demarest Avenue.

1. Clarkstown is forming a **Visioning Committee** to formulate ideas and seek public input. Councilman Don Franchino, whose district includes Nanuet, will spearhead a committee that will include town Supervisor George Hoehmann, and representatives from the Chamber of Commerce, Civic Association, Nanuet school district and residents. To apply for a spot on the committee, email g.hoehmann@clarkstown.org or call 845-639-2050. The committee will be formed within the next week, with meetings commencing by the end of February.

**NANUET: Clarkstown buys Grace Baptist Church (/story/news/local/rockland/nanuet/2020/01/24/nanuet-clarkstown-closes-grace-baptist-church-purchase/4568680002/)**

**4** free articles left.
**Only $1 for 3 months. Save 97%.**

Buy Photo

/



During a press conference on Oct.3, 2019, Clarkstown Supervisor George Hoehmann announced Clarkstown's acquisition of Grace Baptist Church. *(Photo: Carucha L. Meuse/The Journal News)*

2. In the short term, the town is seeking to **attract film production** companies to the 150-year-old church property, which includes two fellowship halls, a pair of sanctuaries, offices and a school.

3. Clarkstown officials will be touring the property in the upcoming days, and the town's **engineer will be compiling reports on inspections** by Clarkstown and the prior owner. Although the town has completed a mandatory environmental study, any repurposing of the property that requires a zone change would require the town's normal approvals process.

4. Among the **potential uses for the property** that have been discussed: senior citizen housing or another type of housing, possibly in connection with the nearby Transit Oriented Development zone near the NJ Transit train station; a performing arts space; or a community center. The town continues to **receive unsolicited offers** from potential buyers.

Buy Photo



Rabbi Aaron Fink, Dean of Ateres Bais Yaacov Academy in New Hempstead March 18, 2019. *(Photo: Peter Carr/The Journal News)*

5. A[...], are appealing a judge's ruling that tossed out much of its legal challenge to Cla[...] school on the church property.

4 free articles left.
Only $1 for 3 months. Save 97%.

*Robert Brum is a Rockland County-based reporter and editor. For subscriber-only Rockland County news, visit offers.lohud.com (https://cm.lohud.com/specialoffer) to sign up for a subscription. To subscribe to The Rockland Angle, a nightly email newsletter exclusively for Rockland County news, features and other essential information, visit lohud.com/newsletters (https://profile.lohud.com/newsletters/manage/), check the Rockland Angle" box and submit your email address.*

Twitter: @Bee_bob (https://twitter.com/Bee_Bob)

Read or Share this story: https://www.lohud.com/story/news/local/rockland/nanuet/2020/01/30/nanuet-grace-baptist-church-sold-new-uses/4614001002/

**4** free articles left.
**Only $1 for 3 months. Save 97%.**

/