**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ATERES BAIS YAAKOV ACADEMY OF ROCKLAND,

        Plaintiff(s),

   -against-

TOWN OF CLARKSTOWN, ET AL

        Defendant(s).
-------------------------------------------------------X

Index No. 7:20-CV-01399

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                             S.S.:
COUNTY OF ROCKLAND)

BRENDAN COLLISHAW, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

That on the 20TH day of FEBRUARY, 2020, at approximately 12:45PM, deponent served a true copy of the SUMMONS, COMPLAINT & JURY DEMAND, 72 EXHIBITS, AND JUDGES RULES upon TOWN OF CLARKSTOWN at 10 MAPLE AVENUE, NEW CITY, NY 10956 by personally delivering and leaving the same with MAUREEN LANDRO, who informed deponent that SHE is an REGISTRY CLERK authorized to receive service at that address.

MAUREEN LANDRO is a WHITE FEMALE, approximately 55 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 130 pounds with LIGHT BROWN hair and BLUE eyes.

_____
BRENDAN COLLISHAW

Sworn to before me this
21ST day of FEBRUARY, 2020

_____
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2020

D.L.S., Inc.
400 Rella Blvd.
Ste. 165
Suffern, NY 10901
845-639-7559
www.dlsnational.com