**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ATERES BAIS YAAKOV ACADEMY OF
ROCKLAND,

                    Plaintiff,

       -against-                                           20 **CIVIL** 1399 (NSR)

                                                               **<u>JUDGMENT</u>**

TOWN OF CLARKSTOWN, GEORGE
HOEHMANN, CUPON INC., and CITIZENS
UNITED TO PROTECT OUR NEIGHBORHOODS
OF GREATER NANUET, INC.,

                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 12, 2022, Defendants' motions to dismiss are GRANTED (ECF Nos. 42 and 45), ABY's Amended Complaint is DISMISSED without prejudice with leave to refile consistent with the Opinion and Order, and ABY's motion for leave to file a supplemental pleading is DENIED as MOOT (ECF No. 54); accordingly, the case is closed.

**Dated:**  New York, New York

        July 14, 2022

                                                                              **RUBY J. KRAJICK**

                                                                                **Clerk of Court**
                                                   **BY:**    *K. Mango*

                                                                                **Deputy Clerk**