```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Ateres Bais Yaakov Academy of Rockland,

                          Plaintiff,

-against-

Cupon Inc., Citizens United to Protect Our
Neighborhoods of Greater Nanuet Inc.,

                          Defendants.

-----------------------------------------------------------------X

7:20-CV-1399 (NSR) (VR)

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      The parties are directed to file a joint letter by no later than **May 31, 2024**, providing the Court with an update on the status of the case. The letter should detail the progress of discovery over the prior month and the anticipated next steps in the upcoming month.

      **SO ORDERED.**

DATED:    White Plains, New York
               April 22, 2024

                                                    _____
                                                      VICTORIA REZNIK
                                                      United States Magistrate Judge