UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATERES BAIS YAAKOV ACADEMY OF ROCKLAND,

                    Plaintiff(s),

-against-

TOWN OF CLARKSTOWN, et al.,

                    Defendant(s).

20 CV 1399 (NSR)

**ADJOURNMENT ORDER**

NELSON S. ROMÁN, U.S.D.J.:

    In an effort to provide Defendant CUPON, Inc. time to meet all the requirements in the settlement agreement, it is hereby

    ORDERED that the above case is scheduled for **a telephonic Status Conference on January 9, 2025 is adjourned *sine die*.**

    In the event the requirements are not met, counsel is directed to notify this Court in writing within five (5) business days of such event.

Dated:   January 8, 2025
           White Plains, NY

SO ORDERED.

_____
Nelson S. Román, United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/08/2025